

| | |
|---|---|
| **From:** | Vega Sandoval, Juan |
| **To:** | Jerome Wesevich (ELP) |
| **Cc:** | Hannah Dyal (CCL); Ana Laurel(EDG); Brittanny Perrigue Gomez(SAT) |
| **Subject:** | RE: [External Email] 2021-FEFO-00621 FEMA FOIA Interim Response |
| **Date:** | Monday, July 12, 2021 8:05:16 AM |

Good afternoon Mr. Wesevich,

Thank you for your patience. We are currently working on our second interim response to your FOIA request. We are making sure we address specific parts of the request with their release determinations. Certain parts of this request may contain some sensitive information that could not be made publicly available but if those exist, we will make sure to address them in our interim/final letters.

We thank you for your patience and cooperation with us.

Sincerely,


Juan Vega

Government Information Specialist | Information Management Division | Office of the Chief Administrative Officer

Office: (202) 646-3323 | Work Mobile: (202) 674-2989

juan.vegasandoval@fema.dhs.gov

Federal Emergency Management Agency

**fema.gov**

---

**From:** Jerome Wesevich (ELP) <JWESEVICH@trla.org>
**Sent:** Monday, July 5, 2021 11:17 AM
**To:** FEMA-FOIA <FEMA-FOIA@fema.dhs.gov>; Vega Sandoval, Juan <juan.vegasandoval@fema.dhs.gov>
**Cc:** Hannah Dyal (CCL) <hdyal@trla.org>; Ana Laurel(EDG) <alaurel@trla.org>; Brittanny Perrigue Gomez(SAT) <bperrigue@trla.org>
**Subject:** RE: [External Email] 2021-FEFO-00621 FEMA FOIA Interim Response

Good morning Mr. Vega-Sandoval.  Thanks for your interim response to our FOIA request cited above.  I've studied it and all of your other correspondence regarding this request, and I don't see that FEMA has yet made any determination at all as to whether it will grant or deny the request.  Nor has FEMA stated any timeline as to when a determination will be made.

If this is wrong, please correct me.  If this is correct, please let me have your determination and timeline by Monday, July 12, 2021.

Thanks kindly,

**Jerome Wesevich**

Texas RioGrande Legal Aid
1331 TEXAS AVENUE
EL PASO, TEXAS 79901
(915) 585-5120
WWW.TRLA.ORG

jwesevich@trla.org

**From:** fema-foia@fema.dhs.gov <fema-foia@fema.dhs.gov>
**Sent:** Thursday, June 3, 2021 3:34 PM
**To:** Jerome Wesevich (ELP) <JWESEVICH@trla.org>; Hannah Dyal (CCL) <hdyal@trla.org>
**Cc:** juan.vegasandoval@fema.dhs.gov
**Subject:** [External Email] 2021-FEFO-00621 FEMA FOIA Interim Response

Dear Jerome Wesevich:

Attached is our first interim response to your Freedom of Information Act (FOIA) Request. If you need to contact our office concerning this request, please email me directly and reference your FOIA tracking number 2021-FEFO-00621. You may also send an e-mail to FEMA-FOIA@fema.dhs.gov, or call (202) 646-3323, and you may contact our FOIA Public Liaison in the same manner. For a faster response please contact me directly by email.

Regards,

Disclosure Branch
Information Management Division
Office of the Chief Administrative Officer
Federal Emergency Management Agency
U.S. Department of Homeland Security
Telephone: (202) 646-3323
FEMA-FOIA@fema.dhs.gov

This email has been scanned for spam and viruses by Proofpoint Essentials. Click here to report this email as spam.