UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | | |
|---|---|---|
| LA UNION DEL PUEBLO ENTERO, *et al.*, § <br> Plaintiff, § <br> § <br> v. § <br> § <br> FEDERAL EMERGENCY MANAGEMENT § <br> AGENCY and U.S. DEPARTMENT OF § <br> HOMELAND SECURITY, § <br> Defendants. § | | Civil Action <br><br> No. 5:21-cv-00071-MGM/JAK |

**PROOF OF SERVICE**

The attached documents prove service on Defendants as described in Rule 4(i)(1).

Respectfully submitted,

TEXAS RIOGRANDE LEGAL AID, INC.

October 24, 2021

/s/ Jerome Wesevich
_____
Jerome Wesevich, jwesevich@trla.org
Brittanny Perrigue Gomez, bperrigue@trla.org
Kristen Adams, kadams@trla.org
1702 Convent Avenue
Laredo, Texas 78040
Tel. (956) 718-4610

*Attorneys for Plaintiffs*