UNITED STATES DISTRICT COURT
for the
Southern District of Texas

| | |
|---|---|
| **LA UNION DEL PUEBLO ENTERO, et al.** ) | |
| ) | |
| *Plaintiff* ) | |
| ) | |
| v. ) | |
| ) | Civil Action No. 5:21-cv-00071 |
| **FEDERAL EMERGENCY MANAGEMENT** ) | |
| **AGENCY and U.S. DEPARTMENT OF** ) | |
| **HOMELAND SECURITY** ) | |
| ) | |
| *Defendant* ) | |

## AFFIDAVIT OF SERVICE

I, Tellecia L. Hahn, being duly sworn, state:

I am not a party to or interested in the outcome of this suit.

I received the following documents on October 14, 2021 at 5:02 pm. I served these documents on U.S. Attorney for the Southern District of Texas in Harris County, TX on October 20, 2021 at 9:54 am via email to USATXS.CivilNotice@usdoj.gov and mailing a true copy of the Summons in a Civil Action, Complaint for Injunctive and Declaratory Relief, Exhibit A - Letter from LUPE re: Freedom of Information Act Request, Exhibit B - Email Correspondence re: FOIA Request Number 2021-FEFO-00621 Acknowledgment, Exhibit C - Letter from FEMA re: FOIA Request Number 2021-FEFO-0062, Exhibit D - Email Correspondence re: 2021-FEFO-00621 FEMA FOIA Interim Response and Civil Coversheet to the Attention: Civil Process Clerks, U.S. Attorney's States Office by first class mail to U.S. Attorney's States Office, 1000 Louisiana St, 23rd floor, Houston, TX 77002 on October 19, 2021 at 12:12 pm. Daniel Hu acknowledged the accepted service of process via email for U.S. Attorney for the Southern District of Texas, U.S. Attorney's States Office.

Summons, Complaint for Injunctive and Declaratory Relief with Exhibits A-D and Civil Cover Sheet Designation of Civil Process Clerks for Service of Process

Additional Description:
I served the documents as requested by the notice provided by the U.S. Attorney's Office via email to USATXS.CivilNotice@usdoj.gov. I also mailed the documents to the Attention: Civil Process Clerk, US Attorney's Office. Service was acknowledged via email by Daniel Hu on 10/20/2021 at 10:15 am. It was understood that service would not be deemed successful until an email acknowledgment had been received from the US Attorney's Office.

Ethnicity Unknown Unknown, est. age 0, glasses: N, Unknown hair, Unknown, Unknown.
Geolocation of Serve: http://maps.google.com/maps?q=29.6137832746,-95.4219874788

Photograph: See Exhibit 1

My full name is Tellecia L. Hahn. My date of birth is 4/21/1980. My address is P.O. Box 31751, Houston, TX 77231.

I declare under penalty of perjury that the foregoing is true and correct.

Executed in  Harris County  ,
 Texas   on  10/23/2021  .

*Tellecia L. Hahn*
Tellecia L. Hahn - (832) 814-1135
Certification Number: PSC 7419
Expiration Date: 4/30/2022



**U.S. Department of Justice**

*United States Attorney*
*Southern District of Texas*

*U.S. Attorney's Office*  *Phone (713) 567-9000*
*1000 Louisiana, Suite 2300,*  *Fax (713) 718-3300*
*Houston, Texas 77002*

June 7, 2021

## SERVICE OF PROCESS ON THE UNITED STATES ATTORNEY IN CIVIL CASES

As a temporary measure due to COVID-19 concerns, service on the United States Attorney in civil cases shall be via email and US mail as follows:

A copy of any summons, complaint or emergency motion shall be emailed to USATXS.CivilNotice@usdoj.gov. A paper copy shall be mailed to the Civil Process Clerk, United States Attorney's Office, 1000 Louisiana St., Suite 2300, Houston, Texas 77002. Hand delivery may not be accepted. Please do not use this e-mail box for general pleadings or correspondence.

Service will not be deemed effected until you receive an e-mail acknowledgement from our office. This emergency accommodation will expire on December 31, 2021.

In addition to serving the United States Attorney, the Social Security Administration should be served in 405(g) disability cases at  ogc.dallas.sdtx@ssa.gov.

Jennifer B. Lowery
Acting United States Attorney

Tellecia L. Hahn
Hahns Process Services
T: (832) 814-1135
E: info@hahnsservices.com
W: http:/www.hahnsservices.com
Address: Houston, TX 77231

The company accepts no liability for the content of this email, or for the consequences of any actions taken on the basis of the information provided, unless that information is subsequently confirmed in writing. If you are not the intended recipient you are notified that disclosing, copying, distributing or taking any action in reliance on the contents of this information is strictly prohibited.

 **US Attorneys Office Summons Complaint Exhibits.pdf**
1244K

---

**Hu, Daniel (USATXS)** <Daniel.Hu@usdoj.gov>  Wed, Oct 20, 2021 at 10:15 AM
To: Tellecia Hahn <info@hahnsservices.com>, USATXS-CivilNotice <USATXS.CivilNotice@usdoj.gov>

Service acknowledged

---

**From:** Tellecia Hahn <info@hahnsservices.com>
**Sent:** Wednesday, October 20, 2021 9:55 AM
**To:** USATXS-CivilNotice <USATXS-CivilNotice@usa.doj.gov>
**Subject:** [EXTERNAL] Service of Process: United States Attorney's Office

Good morning,

My name is Tellecia Hahn, Certified Process Server for the State of Texas and I've been assigned to serve documents upon the United States Attorney's Office. Attached you will find a copy of the Summons in a Civil Action, Complaint for Injunctive and Declaratory Relief, Exhibit A - Letter from LUPE re: Freedom of Information Act Request, Exhibit B - Email Correspondence re: FOIA Request Number 2021-FEFO-00621 Acknowledgment, Exhibit C - Letter from FEMA re: FOIA Request Number 2021-FEFO-00621, Exhibit D - Email Correspondence re: 2021-FEFO-00621 FEMA FOIA Interim Response and Civil Coversheet.

Please confirm receipt of this email as Service of Process upon the United States Attorney's Office.

Thank you,

*Tellecia L. Hahn*

*Hahns Process Services*

*PO Box 31751*

*Houston, TX 77231*

*T: 832-814-1135 mobile*

# Exhibit 1

Exhibit 1a)



Exhibit 1b)



Exhibit 1c)