UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | | |
|---|---|---|
| LA UNION DEL PUEBLO ENTERO, *et al.*, § | | |
| Plaintiff, § | | |
| § | Civil Action | |
| v. § | | |
| § | No. 5:21-cv-00071-MGM/JAK | |
| FEDERAL EMERGENCY MANAGEMENT § | | |
| AGENCY and U.S. DEPARTMENT OF § | | |
| HOMELAND SECURITY, § | | |
| Defendants. § | | |

**PROOF OF SERVICE**

The attached documents prove service on Defendants as described in Rule 4(i)(1).

Respectfully submitted,

Texas RioGrande Legal Aid, Inc.

October 24, 2021

_____
Jerome Wesevich, jwesevich@trla.org
Brittanny Perrigue Gomez, bperrigue@trla.org
Kristen Adams, kadams@trla.org
1702 Convent Avenue
Laredo, Texas 78040
Tel. (956) 718-4610

*Attorneys for Plaintiffs*