UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS

La Union del Pueblo Entero

v.  Case Number: 5:21−cv−00071

Federal Emergency Management Agency,
et al.

## Notice of Resetting

**A proceeding has been reset in this case as set forth below.**

The Initial Pretrial & Scheduling Conference set for December 23, 2021, at 11:00 a.m. is hereby RESET to December 20, 2021, at 3:30 p.m.

**BEFORE:**
**Magistrate Judge John A Kazen**

**LOCATION:**
by video

United States Courthouse
1300 Victoria Street
Laredo, TX 78040

**DATE:** 12/20/2021

**TIME:** 03:30 PM

**TYPE OF PROCEEDING:** Scheduling Conference

The Court will separately issue to counsel a link to connect to the Zoom videoconference. Members of the general public who wish to observe the court proceedings may request information for the Zoom videoconference link by visiting the Courts proceedings home page located at https://www.txs.uscourts.gov/page/united−states−magistrate−judge−john−kazen or by contacting the Courts case manager, Jessica Rodriguez, by email at Jessica_Rodriguez@txs.uscourts.gov.

Date:   November 22, 2021                                              Nathan Ochsner, Clerk