# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
### LAREDO DIVISION

| | | |
|---|---|---|
| *LA UNIÓN DEL PUEBLO ENTERO, et al.*, | § | |
| Plaintiff, | § | |
| | § | Civil Action |
| v. | § | |
| | § | No. 5:21-cv-00071-MGM/JAK |
| FEDERAL EMERGENCY MANAGEMENT | § | |
| AGENCY and U.S. DEPARTMENT OF | § | |
| HOMELAND SECURITY, | § | |
| Defendants. | § | |

## CETERTIFICATE OF INTERESTED PERSONS

In compliance with the Court's November 19, 2021, order that counsel file a certificate listing all persons that are financially interested in the outcome of this litigation, undersigned counsel submit that this Freedom of Information Act litigation seeks policy changes and not money, so no person has any direct financial interest in the outcome. Only the two following organizations could possibly be affected financially:

(1) Plaintiff *La Unión del Pueblo Entero* (LUPE) is a non-profit membership organization incorporated in California and registered to do business in Texas. LUPE has no parent company and no publicly-held company has any ownership interest in it.

(2) Texas RioGrande Legal Aid, Inc. (TRLA), is a non-profit law firm incorporated in Texas. It has no parent company and no publicly-held company has any ownership interest in it.

Respectfully submitted,

TEXAS RIOGRANDE LEGAL AID, INC.

December 2, 2021

Jerome Wesevich, jwesevich@trla.org
Hannah Dyal, hdyal@trla.org
Brittanny Perrigue Gomez, bperrigue@trla.org
Kristen Adams, kadams@trla.org
1702 Convent Avenue

Laredo, Texas 78040

Tel. (956) 718-4610

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I certify that on the date next to my signature above I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of this filing to the attorneys of record for all parties.

*/s/ Jerome Wesevich*