IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | | |
|---|---|---|
| LA UNION DEL PUEBLO ENTERO, et al., | § § § | |
| *Plaintiff,* | § § | |
| v. | § § | CASE NO. 5:21-CV-00071 |
| FEDERAL EMERGENCY MANAGEMENT AGENCY and U.S. DEPARTMENT OF HOMELAND SECURITY, | § § § § § § § § | |
| *Defendants.* | § § | |

**DEFENDANTS DISCLOSURE OF INTERESTED PARTIES**

COME NOW, Federal Emergency Management Agency and U.S. Department of Homeland Security, by and through Jennifer B. Lowery, Acting United States Attorney, and hereby certify that the following persons or entities may have a financial interest in the outcome of this litigation:

1. Federal Emergency Management Agency ("FEMA"), Defendant.

2. United States Department of Homeland Security ("DHS"), Defendant.

3. La Union del Pueblo Entero ("LUPE"), Plaintiff.

4. Texas RioGrande Legal Aid, Inc. ("TRLA"), Law Firm for Plaintiff's Attorneys.

          Respectfully submitted,

          **JENNIFER B. LOWERY**
          Acting United States Attorney

By:    */s/ Chanmealea Thou*
          **CHANMEALEA THOU**
          Assistant United States Attorney
          Southern District of Texas No. 3596627
          California Bar No. 326469
          11204 McPherson Road, Suite 100A
          Laredo, Texas 78045
          Telephone: (956) 721-4977
          Facsimile: (956) 992-9425
          E-mail: Chanmealea.Thou2@usdoj.gov

## CERTIFICATE OF SERVICE

I, Chanmealea Thou, Assistant United States Attorney for the Southern District of Texas, hereby certify that on December 3, 2021, I served the foregoing using the Court's ECF notification system on all parties receiving ECF notice in this case.

By:    */s/ Chanmealea Thou*
          **CHANMEALEA THOU**
          Assistant United States Attorney