UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS

La Union del Pueblo Entero

v.                                              Case Number: 5:21−cv−00071

Federal Emergency Management Agency,
et al.

## Notice of Resetting

**A proceeding has been reset in this case as set forth below.**

The Initial Pretrial & Scheduling Conference set for December 20, 2021, at 3:30 p.m. is hereby RESET to December 20, 2021, at 10:00 a.m.

**BEFORE:**
**Magistrate Judge John A Kazen**

**LOCATION:**
by video
Meeting Link:
*https://www.zoomgov.com/j/1606568064?pwd=QkY5Y3VWTnR2aUZyY1hkUGRsaUNadz09*
Meeting phone number: (669) 254−5252
Meeting ID: 160 656 8064
Meeting Password: 088661

United States Courthouse
1300 Victoria Street
Laredo, TX 78040

**DATE:** 12/20/2021

**TIME:** 10:00 AM

**TYPE OF PROCEEDING:** Scheduling Conference

Date:   December 14, 2021                                              Nathan Ochsner, Clerk