UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS

La Union del Pueblo Entero

v.                                              Case Number: 5:21−cv−00071

Federal Emergency Management Agency,
et al.

## Notice of Setting

**A proceeding has been set in this case as set forth below.**

The Initial Pretrial and Scheduling Conference in this case is hereby RESET to January 13, 2022, at 2:00 p.m. by Zoom videoconference.

**BEFORE:**
**Magistrate Judge John A Kazen**

**LOCATION:**
by video

United States Courthouse
1300 Victoria Street
Laredo, TX 78040

**DATE:** 1/13/2022

**TIME:** 02:00 PM

**TYPE OF PROCEEDING:** Initial Conference

The Court will separately issue to counsel a link to connect to the Zoom videoconference. Members of the general public who wish to observe the court proceedings may request information for the Zoom videoconference link by visiting the Courts proceedings home page located at https://www.txs.uscourts.gov/page/united−states−magistrate−judge−john−kazen or by contacting the Courts case manager, Jessica Rodriguez, by email at Jessica_Rodriguez@txs.uscourts.gov.

Date:   December 20, 2021                                      Nathan Ochsner, Clerk