UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS

La Union del Pueblo Entero

v.                                                          Case Number: 5:21−cv−00071

Federal Emergency Management Agency,
et al.

---

## Notice of Resetting

**A proceeding has been reset in this case as set forth below.**

The continuation of the Initial Pretrial and Scheduling Conference in this case is hereby RESET to January 14, 2022 at 11:30 a.m. by Zoom videoconference.

**BEFORE:**
**Magistrate Judge John A Kazen**

**LOCATION:**
by video
Meeting Link:
*https://www.zoomgov.com/j/1603401889?pwd=c0lBRGw0bW5zbnpGRnRrUWhhdmdnZz09*
Meeting phone number: (669) 254−5252
Meeting ID: 160 340 1889
Meeting Password: 503630

United States Courthouse
1300 Victoria Street
Laredo, TX 78040

**DATE:** 1/14/2022

**TIME:** 11:30 AM

**TYPE OF PROCEEDING:** Initial Conference

---

Date:   January 12, 2022                                            Nathan Ochsner, Clerk