UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS

LAREDO DIVISION

| | | |
|---|---|---|
| LA UNION DEL PUEBLO ENTERO, et al. | § § § § | |
| Plaintiff, | | |
| v. | § § | CIVIL ACTION NO. 5:21-CV-071 |
| FEDERAL EMERGENCY MANAGEMENT AGENCY, et al. | § § § § | |
| Defendants. | § | |

**O R D E R**

Upon due consideration of the Defendants' Motion for Extension of Deadlines, said Motion is hereby GRANTED.

It is hereby ORDERED that the remaining deadlines in this case shall be extended as follows:

| | | | |
|---|---|---|---|
| | A. | Defendants to file an administrative record | September 14, 2022 |
| | B. | Defendants to move for summary judgment | October 10, 2022 |
| | C. | Plaintiff's Response to Defendants' motion | November 9, 2022 |
| | D. | Defendants' Reply | December 9, 2022 |
| | E. | Plaintiff's Reply | December 30, 2022 |

DONE at Laredo, Texas, on this ___ day of _____, 2022.

_____
JOHN A. KAZEN
United States Magistrate Judge

1