United States District Court
Southern District of Texas
**ENTERED**
March 18, 2022
Nathan Ochsner, Clerk

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# LAREDO DIVISION

| | | |
|---|---|---|
| **LA UNION DEL PUEBLO ENTERO,** *et al.*, | § § § | |
| Plaintiffs, | § § | |
| V. | § § | CIVIL ACTION NO. 5:21-CV-71 |
| **FEDERAL EMERGENCY MANAGEMENT AGENCY,** *et al.*, | § § § § | |
| Defendants. | § | |

## ORDER

Before the Court is Defendants' Opposed Motion for Extension of Deadline. (Dkt. No. 15). Defendants request extensions of several deadlines set out in the Scheduling Order, including an over five-month extension of their deadline to file the administrative record.[1] (*Id.* at 2–6). In their Certificate of Conference, Defendants represent that Plaintiffs "oppose[ ] any motion to extend." (*Id.* at 7).

Pursuant to the Local Rules for the Southern District of Texas, opposed motions will be submitted to the judge 21 days from the date of filing. L.R. S.D. Tex. 7.3. Responses to motions must be filed by the submission date. L.R. S.D. Tex. 7.4.A. However, "the Court may in its discretion, on its own motion or upon application, entertain and decide any motion, shorten or extend time periods, and request or permit additional authority or supporting material." S.D. Tex. L.R. 7.8; *see Molina v. Equistar Chemicals LP*, 261 F. App'x 729, 734 n.3 (5th Cir. 2008) (citing to former S.D. Tex. L.R. 7.3 for the proposition that the Court may shorten the twenty-one-day motion response deadline).

Based on the foregoing, the Court **ORDERS** Plaintiffs to file a response, if any, to Defendants' Opposed Motion for Extension of Deadline, (Dkt. No. 15), no later than

---

[1] The Court notes that, at the Initial Pretrial and Scheduling Conference held on December 20, 2021, Defendants requested six months to file the administrative record. (Min. Entry Dec. 20, 2021). Based on their own proposed deadline, Defendants should have been able to produce the administrative record no later than June of 2022.

**March 23, 2022.** The Court further **SETS** this matter for a hearing on Defendants' Opposed Motion for Extension of Deadline, (Dkt. No. 15), on **March 25, 2022 at 10:00 a.m.** The Court further **ORDERS** Defendants' agency representative to attend this hearing.

It is so **ORDERED**.

**SIGNED** on March 18, 2022.

John A. Kazen
United States Magistrate Judge