UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS

LAREDO DIVISION

| | | |
|---|---|---|
| LA UNION DEL PUEBLO ENTERO, et al. | § § § § | |
| Plaintiff, | | |
| v. | § § § | CIVIL ACTION NO. 5:21-CV-071 |
| FEDERAL EMERGENCY MANAGEMENT AGENCY, et al. | § § § § | |
| Defendants. | § | |

**DEFENDANT'S OPPOSED MOTION TO AMEND
THE DECLARATION OF GREGORY BRIDGES IN SUPPORT OF DEFENDANTS'
OPPOSED MOTION FOR EXTENSION OF DEADLINE (DKT. NO. 15-1)**

COME NOW Defendants herein, Federal Emergency Management Agency ("FEMA") and U.S. Department of Homeland Security, by and through the United States Attorney for the Southern District of Texas, respectfully move for leave to amend the Declaration of Gregory Bridges in Support of Defendants' Opposed Motion for Extension of Deadline (hereinafter "Declaration"). (Dkt. No. 15-1).

On March 14, 2022, Defendants filed their Opposed Motion for Extension of Deadline (hereinafter "Motion") (Dkt. No. 15). On March 24, 2022, the undersigned counsel discovered that the Declaration contained errors or misstatements. (Dkt. No. 15-1, ¶ 9). Accordingly, the undersigned counsel obtained an Amended Declaration of Gregory Bridges in Support of Defendants' Opposed Motion for Extension of Deadline (hereinafter "Amended Declaration") to correct said errors or misstatements. (Exhibit 1, Amended Declaration of Gregory Bridges in Support of Defendants' Opposed Motion for Extension of Deadline).

Defendants are not seeking leave to gain any type of advantage. Rather, Defendants are seeking to ensure that they provide accurate information to the Court for its consideration of Defendants' Motion. Granting this amendment will not prejudice the Plaintiff as the Amended Declaration does not alter the premise of Defendants' Motion.

WHEREFORE, for the foregoing reasons, Defendants respectfully request that the Court grant Defendants' motion for leave to amend the Declaration. In the alternative, Defendants respectfully request that the Court consider the Amended Declaration in place of the Declaration when deciding Defendants' Motion.

                Respectfully Submitted,
                JENNIFER B. LOWERY
                United States Attorney

By:   *S/ Chanmealea Thou*
       CHANMEALEA THOU
       Assistant United States Attorney
       S. D. T. X. Bar No. 3596627
       California Bar No. 326469
       11204 McPherson Road, Suite 100A
       Laredo, Texas 78045
       Telephone: (956) 721-4977
       E-mail: Chanmealea.Thou2@usdoj.gov
       Attorney in Charge for Defendants

## CERTIFICATE OF CONFERENCE

On March 24, 2022, the undersigned Assistant United States Attorney attempted to confer with Plaintiff's counsel, Jerome Wesevich, via phone and e-mail, but had not been able to conduct a meaningful conferral due to the lack of time. In light of the hearing scheduled for March 25, 2022, the undersigned counsel is compelled to file this motion as soon as possible to ensure that the Court is alerted and has a record of the Amended Declaration prior to the hearing. Accordingly, this motion is deemed opposed.

## CERTIFICATE OF SERVICE

I, Chanmealea Thou, Assistant United States Attorney for the Southern District of Texas, do hereby certify that on March 24, 2021, a copy of the foregoing was served on all parties via the Court's ECF.

By:   *S/ Chanmealea Thou*
      **CHANMEALEA THOU**
      Assistant United States Attorney