UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS

LAREDO DIVISION

| | | |
|---|---|---|
| LA UNION DEL PUEBLO ENTERO, et al. | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 5:21-CV-071 |
| | § | |
| FEDERAL EMERGENCY MANAGEMENT | § | |
| AGENCY, et al. | § | |
| | § | |
| Defendants. | § | |

## **O R D E R**

Upon due consideration of the Defendants' Opposed Motion to Amend the Declaration of Gregory Bridges in Support of Defendants' Opposed Motion for Extension of Deadline (Dkt. No. 15-1), said Motion is hereby GRANTED.

DONE at Laredo, Texas, on this____ day of_____, 2022.


_____

JOHN A. KAZEN

United States Magistrate Judge