United States District Court
Southern District of Texas
**ENTERED**
March 29, 2022
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | | |
|---|---|---|
| **LA UNION DEL PUEBLO ENTERO,** *et al.*, | § § § | |
| Plaintiffs, | § § | |
| V. | § § | CIVIL ACTION NO. 5:21-CV-71 |
| **FEDERAL EMERGENCY MANAGEMENT AGENCY,** *et al.*, | § § § § | |
| Defendants. | § | |

## ORDER

Before the Court is Defendants' Opposed Motion for Extension of Deadline. (Dkt. No. 15). On March 25, 2022, the Court held a hearing on this motion and heard argument from the parties. (Min. Entry Mar. 25, 2022).

After considering the parties arguments, the Court hereby **ORDERS** as follows:

1. The Court **GRANTS in part** Defendants' Opposed Motion for Extension of Deadline, (Dkt. No. 15), and **SUSPENDS** the deadlines currently set in the Scheduling Order, (Dkt. No. 14);

2. Plaintiff's counsel must produce a copy of a prior version of the Individuals and Households Program ("IHP") Handbook to Defendants' counsel no later than **March 30, 2022**;

3. The parties must file a joint advisory regarding the status of Plaintiffs' FOIA request, document production, and Defendants' proposed timeline for filing the administrative record no later than **April 25, 2022**; and

4. The Court **SETS** a status conference on **May 31, 2022 at 9:45 a.m.** Defendants' agency representative must attend this status conference.

It is so **ORDERED**.

**SIGNED** on March 29, 2022.

_____
John A. Kazen
United States Magistrate Judge