IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | | |
|---|---|---|
| LA UNION DEL PUEBLO ENTERO, et al. | § § § | |
| *Plaintiff,* | § § | |
| v. | § § | CASE NO. 5:21-CV-071 |
| FEDERAL EMERGENCY MANAGEMENT AGENCY, et al. | § § § § § | |
| *Defendants.* | § § | |

### DEFENDANTS' ADVISORY

Defendants Federal Emergency Management Agency ("FEMA") and U.S. Department of Homeland Security, by and through the United States Attorney for the Southern District of Texas, hereby provide the Court with the following advisory in accordance to the Court's March 29, 2022 order, which requires the parties to "file a joint advisory regarding the status of Plaintiffs' FOIA request, document production, and Defendants' proposed timeline for filing the administrative record no later than April 25, 2022":[1]

1. The instant matter arises out of Plaintiff's request to FEMA pursuant to the Freedom of Information Act ("FOIA").[2]

2. After the hearing on March 25, 2022, Plaintiff provided a copy of FEMA's manual to the undersigned Defendants' counsel as discussed during the hearing.

---

[1] Dkt. No. 19.
[2] *See* Dkt. No. 1.

3. On March 29, 2022, the undersigned Defendants' counsel informed Plaintiff's counsel that FEMA had retired the manual and replaced it with other documents, which are currently pending review. A list containing brief titles of those documents was provided to Plaintiff's counsel on March 24, 2022.

4. On March 30, 2022, Defendants' counsel inquired whether Plaintiff's counsel had any other documents they believe should be included in FEMA's response to Plaintiff's FOIA request. To date, Defendants' counsel had not received any response.

5. As of the date of this filing, Defendants anticipate producing 500 pages of documents to Plaintiff on or before April 29, 2022. Defendants further anticipate completing the review of remaining documents that may be responsive to Plaintiff's FOIA request and producing them on or before September 14, 2022.

Respectfully submitted,

**JENNIFER B. LOWERY**
United States Attorney
Southern District of Texas

By: *s/ Chanmealea Thou*
CHANMEALEA THOU
Assistant United States Attorney
SDTX Bar No. 3596627
California Bar No. 326469
11204 McPherson Road, Suite 100A
Laredo, Texas 78045
Telephone: (956) 721-4977
E-mail: Chanmealea.Thou2@usdoj.gov
Attorney in Charge for Defendants

## CERTIFICATE OF CONFERENCE

On April 22 and 25, 2022, the undersigned Assistant United States Attorney attempted to confer with Plaintiff's counsel, Jerome Wesevich, Hannah Dyal, and Brittany Perrigue Gomez, via e-mail regarding this advisory, but has not received any response.

By: *s/ Chanmealea Thou*
**CHANMEALEA THOU**
Assistant United States Attorney

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing DEFENDANTS' ADVISORY in the case of LA UNION DEL PUEBLO ENTERO, ET AL. V. FEDERAL EMERGENCY MANAGEMENT AGENCY, ET AL., Civil Action Number 5:21-CV-071, was provided by electronic mail through the District Clerk's electronic case filing system to Plaintiff's attorneys, Jerome Wesevich, jwesevich@trla.org, Hannah Dyal, hdyal@trla.org, and Brittanny Perrigue Gomez, bperrigue@trla.org, Texas RioGrande Legal Aid, Inc., 1702 Convent Avenue, Laredo, Texas 78040, on April 25, 2022.

By: *s/ Chanmealea Thou*
**CHANMEALEA THOU**
Assistant United States Attorney