UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | | |
|---|---|---|
| *LA UNIÓN DEL PUEBLO ENTERO, et al.*, § | | |
| Plaintiff, § | | |
| § | Civil Action | |
| v. § | | |
| § | No. 5:21-cv-00071-MGM/JAK | |
| FEDERAL EMERGENCY MANAGEMENT § | | |
| AGENCY and U.S. DEPARTMENT OF § | | |
| HOMELAND SECURITY, § | | |
| Defendants. § | | |

**PLAINTIFF'S ADVISORY**

In accord with the Court's order in ECF 19, Defendants filed their advisory earlier today. Defendants' Advisory, ECF 20. Plaintiff would add the following information to Defendants' Advisory:

1.  Plaintiff has received no new documents since the Court's March 25 hearing.

2.  Plaintiff supplied the IHP Handbook to defense counsel on March 25 within hours of the the hearing.

3.  On March 29, Defense counsel simply responded that the IHP Handbook is no longer used. That was never the point of supplying the Handbook. As stated during the March 25 hearing, Plaintiff's objective in supplying the IHP Handbook to defense counsel was to demonstrate to FEMA the types of documents that are most responsive to Plaintiff's pending FOIA request.

4.  Accordingly, on March 29, 2020, Plaintiff's counsel asked defense counsel what replaced the Handbook. Defense counsel did not respond to this inquiry.

1

April 25, 2022

Respectfully submitted,

TEXAS RIOGRANDE LEGAL AID, INC.

*/s/ Jerome Wesevich*
Jerome Wesevich, jwesevich@trla.org
Hannah Dyal, hdyal@trla.org
Brittanny Perrigue Gomez, bperrigue@trla.org
Kristen Adams, kadams@trla.org
1702 Convent Avenue
Laredo, Texas 78040
Tel. (956) 718-4610
*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I certify that on the date next to my signature above I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of this filing to the attorneys of record for all parties.

*/s/ Jerome Wesevich*

2