United States District Court
Southern District of Texas
**ENTERED**
May 31, 2022
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | | |
|---|---|---|
| **LA UNION DEL PUEBLO ENTERO,** *et al.*, | § § § § | |
| **Plaintiffs,** | § § | |
| V. | § § | CIVIL ACTION NO. 5:21-CV-71 |
| **FEDERAL EMERGENCY MANAGEMENT AGENCY,** *et al.*, | § § § § | |
| **Defendants.** | § | |

### FIRST AMENDED SCHEDULING ORDER

On May 31, 2022, the Court held a status conference to discuss the ongoing production of documents and current Scheduling Order deadlines, including the timeline for filing the administrative record. (Min. Entry May 31, 2022). Pursuant to Fed. R. Civ. P. 16(b), the Court now enters this First Amended Scheduling Order:

1. Defendants shall file an administrative record no later than **September 14, 2022**.

2. Defendant shall move for summary judgment and file a *Vaughn* Index no later than **October 21, 2022**.

3. Plaintiff shall file a response to Defendants' motion, and/or file a cross-motion for summary judgment, and/or a Rule 56(d) motion, no later than **30 days** after being served with Defendant's motion for summary judgment.

4. Defendants shall file a reply in support of their motion for summary judgment, and/or a response to Plaintiff's cross-motion for summary judgment, if any, and/or a response to Plaintiff's Rule 56(d) motion, if any, no later than **30 days** after being served with either of those filings.

5. Plaintiff shall file a reply in support of its cross-motion for summary judgment, if any, and/or in support of its Rule 56(d) motion, if any, no later than **21 days** after being served with Defendants' response(s).

This scheduling order will control this case through the disposition of any

summary judgment motion. Following this Court's order on summary judgment, or if no summary judgment motion is filed, the parties shall meet and confer regarding a schedule for the remainder of discovery, as well as the remainder of the case. This Scheduling Order shall not be modified except by leave of Court upon a showing of good cause and shall be binding on all parties. Fed. R. Civ. P. 16(b)(4).

The Court further **ORDERS** the parties to confer and file advisories regarding the status of Defendants' document production no later than **July 21, 2022.** Finally, the Court **SETS** a telephonic status conference on **July 28, 2022 at 9:00 a.m.**

It is so **ORDERED**.

**SIGNED** on May 31, 2022.

_____
John A. Kazen
United States Magistrate Judge