United States District Court
Southern District of Texas
**ENTERED**
June 10, 2022
Nathan Ochsner, Clerk

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# LAREDO DIVISION

| | | |
|---|---|---|
| **LA UNION DEL PUEBLO ENTERO,** *et al.*, | § § § § | |
| Plaintiffs, | § § | |
| V. | § § | CIVIL ACTION NO. 5:21-CV-71 |
| **FEDERAL EMERGENCY MANAGEMENT AGENCY,** *et al.*, | § § § § | |
| Defendants. | § | |

## ORDER

Before the Court is Defendant's Opposed[1] Motion to Amend the Declaration of Gregory Bridges in Support of Defendants' Opposed Motion for Extension of Deadline (Dkt. No. 15-1). (Dkt. No. 18). On March 14, 2022, Defendants filed their Opposed Motion for Extension of Deadline, which included a sworn declaration from Gregory Bridges in support. (Dkt. Nos. 15, 15-1). The Court subsequently that motion for a hearing on March 25, 2022. (Dkt. No. 16). On March 24, 2022, Defendants filed the instant motion to amend the declaration of Gregory Bridges because the original declaration "contained errors or misstatements. (Dkt. No. 18 at 1). To date, Plaintiffs have not filed a response.

Finding good cause, the Court **GRANTS** Defendant's Opposed Motion to Amend the Declaration of Gregory Bridges in Support of Defendants' Opposed Motion for Extension of Deadline (Dkt. No. 15-1). (Dkt. No. 18).

It is so **ORDERED**.

**SIGNED** on June 10, 2022.

John A. Kazen
United States Magistrate Judge

---

[1] In their Certificate of Conference, Defendants state they "attempted to confer with Plaintiff's counsel" but were unable to "conduct a meaningful conferral due to the lack of time." (Dkt. No. 18 at 3). Therefore, Defendants deemed the motion opposed. (*Id.*).