United States District Court
Southern District of Texas
**ENTERED**
June 10, 2022
Nathan Ochsner, Clerk

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# LAREDO DIVISION

| | | |
|---|---|---|
| **JOSE JUAN SOSA,** | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| V. | § | CIVIL ACTION NO. 5:21-CV-75 |
| | § | |
| **TRANSPORTES DE CARGA FEMA,** | § | |
| **SA DE CV,** *et al.*, | § | |
| | § | |
| Defendants. | § | |

## ORDER ON CLOSING DOCUMENTS

Before the Court is the parties' Court Advisory. (Dkt. No. 23). The advisory states that the parties reached a settlement agreement. (*Id.* at 1).

As a result of the settlement agreement reached between the parties, the Court **ORDERS** the parties to file closing documents that are in compliance with Fed. R. Civ. P. 41 (i.e., a stipulated dismissal signed by counsel for all parties) no later than **July 8, 2022**. In the event the parties are not able to finalize the closing documents within that time, the parties may file a motion to extend the deadline with a showing of good cause at least three days before this deadline. *See* J. Garcia Marmolejo Civ. Ct. P. 4(A).

Additionally, the Court **TERMINATES** all active court settings and deadlines.

It is so **ORDERED**.

**SIGNED** on June 10, 2022.

_____
John A. Kazen
United States Magistrate Judge