IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | | |
|---|---|---|
| LA UNION DEL PUEBLO ENTERO, et al. | § § § | |
| *Plaintiff,* | § § | |
| v. | § § | CASE NO. 5:21-CV-071 |
| FEDERAL EMERGENCY MANAGEMENT AGENCY, et al. | § § § § § § | |
| *Defendants.* | § | |

### DEFENDANTS' ADVISORY

Defendants Federal Emergency Management Agency ("FEMA") and U.S. Department of Homeland Security ("DHS"), by and through the United States Attorney for the Southern District of Texas, hereby provide the Court with the following advisory in accordance with the Court's May 31, 2022 order, which requires the parties to "confer and file advisories regarding the status of Defendants' document production no later than July 21, 2022":[1]

1.  The instant matter arises out of Plaintiff's record request to FEMA pursuant to the Freedom of Information Act ("FOIA").[2]

2.  After the status conference on May 31, 2022, the parties discussed publication of the requested records on DHS website.[3] Specifically, the parties agreed that all records responsive to Plaintiff's request should be published on DHS website and contain Bates Numbering.

---

[1] Dkt. No. 22.
[2] *See* Dkt. No. 1.
[3] Dep't of Homeland Security, FEMA Frequently Requested Records, https://www.dhs.gov/publication/fema-records.

3. On July 8, 2022, FEMA published its seventh interim disclosure, which consists of 438 pages of document, on DHS website.

4. On July 15, 2022, FEMA published its eighth interim disclosure, which consists of 475 pages of document, on DHS website.

5. As of the date of this filing, Defendants anticipate completing the review of remaining documents that may be responsive to Plaintiff's FOIA request and producing responsive record on or before September 14, 2022.

          Respectfully submitted,

          **JENNIFER B. LOWERY**
          United States Attorney
          Southern District of Texas

By: *s/ Chanmealea Thou*
     CHANMEALEA THOU
     Assistant United States Attorney
     SDTX Bar No. 3596627
     California Bar No. 326469
     11204 McPherson Road, Suite 100A
     Laredo, Texas 78045
     Telephone: (956) 721-4977
     E-mail: Chanmealea.Thou2@usdoj.gov
     Attorney in Charge for Defendants

## CERTIFICATE OF CONFERENCE

On July 19, 2022, the undersigned Assistant United States Attorney conferred with Plaintiff's counsel, Jerome Wesevich, via e-mail and was advised that Plaintiff concurred with this advisory.

By: *s/ Chanmealea Thou*
**CHANMEALEA THOU**
Assistant United States Attorney

## CERTIFICATE OF SERVICE

I, Chanmealea Thou, Assistant United States Attorney for the Southern District of Texas, hereby certify that on July 21, 2022, I served the foregoing using the Court's ECF notification system on all parties receiving ECF notice in this case.

By: *s/ Chanmealea Thou*
**CHANMEALEA THOU**
Assistant United States Attorney