United States District Court
Southern District of Texas
**ENTERED**
July 26, 2022
Nathan Ochsner, Clerk

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# LAREDO DIVISION

| | | |
|---|---|---|
| **LA UNION DEL PUEBLO ENTERO,** *et al.*, | § § § | |
| Plaintiffs, | § § | |
| V. | § § | CIVIL ACTION NO. 5:21-CV-71 |
| **FEDERAL EMERGENCY MANAGEMENT AGENCY,** *et al.*, | § § § § | |
| Defendants. | § | |

## ORDER

This matter is currently set for a telephonic status conference on July 28, 2022 at 9:00 a.m. (Dkt. No. 22 at 2). On July 21, 2022, Defendants filed their Advisory stating that they "anticipate completing the review of remaining documents that may be responsive to Plaintiff's FOIA request and producing responsive record on or before September 14, 2022." (Dkt. No. 25 at 2).

Finding good cause, the Court hereby **CANCELS** the status conference set for **July 28, 2022 at 9:00 a.m.**

It is so **ORDERED**.

**SIGNED** on July 26, 2022.

John A. Kazen
United States Magistrate Judge