IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | |
|---|---|
| LA UNION DEL PUEBLO ENTERO, et al. § <br> § <br> *Plaintiffs,* § <br> § <br> v. § <br> § <br> FEDERAL EMERGENCY MANAGEMENT § <br> AGENCY, et al. § <br> § <br> *Defendants.* § | CASE NO. 5:21-CV-071 |

## NOTICE OF FILING FOIA RESPONSES

Defendants, Federal Emergency Management Agency ("FEMA") and U.S. Department of Homeland Security, file this notice of filing the FOIA responses at issue in this case, which have been referred to as an administrative record. The documents are bates stamped FEMA000001 through FEMA004372.

    Respectfully Submitted,

JENNIFER B. LOWERY
UNITED STATES ATTORNEY

*s/Jimmy A. Rodriguez*
Jimmy A. Rodriguez
Assistant United States Attorney
Southern District of Texas
Attorney in Charge
Texas Bar No. 24037378
Federal ID No. 572175
1000 Louisiana, Suite 2300
Houston, Texas 77002
Tel: (713) 567-9532
Fax: (713) 718-3303
jimmy.rodriguez2@usdoj.gov

Attorneys for the United States

## CERTIFICATE OF SERVICE

I hereby certify that foregoing document was served on all counsel of record via the Court's ECF system on September 27, 2022.

*s/Jimmy A. Rodriguez*
Jimmy A. Rodriguez
