Exhibit 2

*La Union Del Pueblo Entero, et al. v. Federal Emergency Management Agency, et al.*, No. 5:21-CV-071 (S.D.TX.)

Defendant's *Vaughn* Index

| Bates Number | Document Title | Exemption | Description of Withheld Information | Justification for Withholding |
|---|---|---|---|---|
| 2nd Interim Release 000003 | Helpline NPSC Caller Services Reference Guide Effective Date: August 4, 2021 | (b)(7)(E) | Internal instructions to FEMA staff regarding E-Correspondence Basic Helpline and what information the system will show staff related to E-Correspondence. | FEMA invoked **Exemption 7(E)** throughout to withhold information that would (1) identify vulnerabilities in the IHP application process, (2) provide the instruction for public to obtain any desired result from the IHP application process, (3) permit bad actors to commit fraud, and (4) limit FEMA's ability to detect and prevent fraudulent activity.  Records that are being withheld from public disclosure consists of SOPs, manuals and pre-shift instructions describing techniques and procedures used by FEMA employees performing intake actions and assistance processing for FEMA disaster assistance.

Specifically, within these documents FEMA invoked Exemption 7(E) on the following types of information:

1. System navigation instructions: These instructions include how to navigate the National Emergency Management Information System (NEMIS) from the user interface.  They instruct FEMA staff how to perform various functions within NEMIS.  This includes directions on key functions, tabs to click, and order of system processing.  There is a reasonable expectation of harm in the release of this information because knowledge of this information would permit any bad actor who gained access to the system to |

*La Union Del Pueblo Entero, et al. v. Federal Emergency Management Agency, et al.*, No. 5:21-CV-071 (S.D.TX.)

Defendant's *Vaughn* Index

<table>
<tr>
<td></td>
<td></td>
<td></td>
<td></td>
<td>circumvent the law by having the ability to successful navigate the NEMIS system and circumvent fraud detection and prevention measures.  Further, there is no public benefit in the release of this information because the public is not permitted to access the NEMIS system.

2. System codes: These codes are internal to the NEMIS system and are used by FEMA staff to process applications.  There is a reasonable expectation of harm in the release of this information because knowledge of this information would permit any bad actor who gained access to the system to circumvent the law by having the ability to manipulate codes within the system and understand which codes control which functions.  This would hinder fraud detection and prevention.  Further, there is no public benefit in the release of this information because the public is not permitted to access the NEMIS system.

3. Screen shots of the system:  These screen shots show the user interface of the NEMIS system and provide step by step guidance on how to navigate the system. There is a reasonable expectation of harm in the release of this information because knowledge of this information would permit any bad actor who gained access to the system to circumvent the law by having the ability to understand how the NEMIS system operates and thus manipulate the system.  This would hinder</td>
</tr>
</table>

*La Union Del Pueblo Entero, et al. v. Federal Emergency Management Agency, et al.*, No. 5:21-CV-071 (S.D.TX.)

Defendant's *Vaughn* Index

|  |  |  |  | fraud detection and prevention. Further, there is no public benefit in the release of this information because the public is not permitted to access the NEMIS system.<br><br>4. Step by step processing of applications: These internal instructions are meant to assist FEMA staff in processing applications.  They provide a "how to" guide on everything from what to do with files that are flagged for possible fraud to issues related to verification of identity and how to interact with the IHP Helpdesk as well as hyperlinks, certain call scripts, internal email addresses and phone numbers.  There is a reasonable expectation of harm in the release of this information because knowledge of this information would permit any bad actor to manipulate the application process to commit fraud.  This information would provide a virtual road map on gaining FEMA assistance regardless of the individual's circumstances.  The ability to manipulate this process would hinder fraud detection and prevention.  Further, there is no public benefit in the internal processes of FEMA staff because the public is not permitted to access the NEMIS system.<br><br>5.  Various training materials:  These training materials are designed for inspectors that provide guidance on how to navigate within the Automated Construction Estimator (ACE4) software system to make changes to addresses, |

*La Union Del Pueblo Entero, et al. v. Federal Emergency Management Agency, et al.*, No. 5:21-CV-071 (S.D.TX.)

Defendant's *Vaughn* Index

| | | | | select various scenarios, interacting with applicants.  There are also screen shots of the ACE4 software system.  There is a reasonable expectation of harm in the release of this information because knowledge of this information would permit any bad actor who gained access to the ACE4 system to manipulate it for his/her benefit.  Also, the information would provide clear guidance on how to manipulate the inspection process and commit fraud.  This would hinder FEMA's ability to detect and prevent such fraud.  Further, there is no public benefit in the information being withheld because the public does not have access to the ACE4 system.<br><br>6. Pre-shift instruction notes: These internal instructions to FEMA staff are related to disaster specific updates including guidance document updates, automated caller updates, internal phone system operations, registration updates, recoupment processing guidance, data changing instructions, various reminders to staff, and guidance on new system codes.  These instructions are meant to assist FEMA staff with notification of  changes and updates to application processing in real time.  There is a reasonable expectation of harm in the release of this information because knowledge of this information would permit any bad actor to commit fraud by manipulating the application process and exploiting the internal processing procedures used by FEMA staff.  This would |
|---|---|---|---|---|

*La Union Del Pueblo Entero, et al. v. Federal Emergency Management Agency, et al.*, No. 5:21-CV-071 (S.D.TX.)

Defendant's *Vaughn* Index

|  |  |  |  | hinder FEMA's ability to detect and prevent such fraud.  Further, there is no public benefit in the information which is being withheld because it relates to the internal instructions and guidance used by FEMA staff. |
|---|---|---|---|---|
| 2nd Interim Release 000007 | Helpline NPSC Caller Services Reference Guide Effective Date: August 4, 2021 | (b)(7)(E) | Internal instructions to FEMA staff regarding files that are under review and steps staff should take, particularly with files that may be flagged for possible fraud.  Also includes internal FEMA email address for staff to use. |  |
| 2nd Interim Release 000010 | Helpline NPSC Caller Services Reference Guide Effective Date: August 4, 2021 | (b)(7)(E) | Internal instructions to FEMA staff for steps to take when certain codes associated with files that are under review are present. |  |
| 2nd Interim Release 000012 | Helpline NPSC Caller Services Reference Guide Effective Date: August 4, 2021 | (b)(7)(E) | Internal instructions to FEMA staff related to the verification of identity for certain co-applicants and steps to take within the system depending on verification. |  |
| 2nd Interim Release 000016-000017 | Helpline NPSC Caller Services Reference Guide Effective Date: August 4, 2021 | (b)(7)(E) | Internal instructions to FEMA staff to take within the system when issues of verification of POA, Guardianship, or Conservatorship are present. |  |

*La Union Del Pueblo Entero, et al. v. Federal Emergency Management Agency, et al.*, No. 5:21-CV-071 (S.D.TX.)

Defendant's *Vaughn* Index

| | | | | |
|---|---|---|---|---|
| 2nd Interim Release 000019 | Helpline NPSC Caller Services Reference Guide Effective Date: August 4, 2021 | (b)(7)(E) | Internal instructions to FEMA staff to take within the system once a Contact has been created.  Also includes explanation to staff regarding meaning of internal codes/messaging related to financing. | |
| 2nd Interim Release 000023 | Helpline NPSC Caller Services Reference Guide Effective Date: August 4, 2021 | (b)(7)(E) | Example of the type of outbound call FEMA staff may make. | |
| 2nd Interim Release 000024 | Helpline NPSC Caller Services Reference Guide Effective Date: August 4, 2021 | (b)(7)(E) | Internal instructions to FEMA staff on how to navigate within the system related to verification of identity. | |
| 2nd Interim Release 000025-000027; 000029; 000031-000032; 000034-000035; 000041-000048 | Helpline NPSC Caller Services Reference Guide Effective Date: August 4, 2021 | (b)(7)(E) | Internal instructions to FEMA staff on what steps to take when certain types of investigations are present.  Also includes internal instructions on navigating the system when certain changes of information are required. This includes internal codes used within the system and internal FEMA email addresses used by staff for help navigating the system. | |
| 2nd Interim Release 000052 | Helpline NPSC Caller Services Reference Guide Effective Date: August 4, 2021 | (b)(7)(E) | Internal instructions to FEMA staff on where to email case details within FEMA. | |

*La Union Del Pueblo Entero, et al. v. Federal Emergency Management Agency, et al.*, No. 5:21-CV-071 (S.D.TX.)

Defendant's *Vaughn* Index

| | | | | |
|---|---|---|---|---|
| 2nd Interim Release 000054 | Helpline NPSC Caller Services Reference Guide Effective Date: August 4, 2021 | (b)(7)(E) | Internal instructions to FEMA staff on what to do when unable to create a "Comment/Contact". | |
| 2nd Interim Release 000055-000056 | Helpline NPSC Caller Services Reference Guide Effective Date: August 4, 2021 | (b)(7)(E) | Internal instructions to FEMA staff what codes to select on dropdown menus depending on the issue raised. Also includes how to complete caseworks within the system and examples of filling out information within the system. | |
| 2nd Interim Release 000058; 000062; 000064; 000066; 000068-000069; 000073 | Helpline NPSC Caller Services Reference Guide Effective Date: August 4, 2021 | (b)(7)(E) | Internal instructions to FEMA staff related to various correspondence issues including where to email within FEMA to obtain certain information, internal codes used for various issues, internal steps to take when verification of identity fails. | |
| 2nd Interim Release 000074-000075; | Helpline NPSC Caller Services Reference Guide Effective Date: August 4, 2021 | (b)(7)(E) | Internal instruction to FEMA staff on navigating within the system when there is a request for file information, including generating certain documents and responses to law enforcement. | |

*La Union Del Pueblo Entero, et al. v. Federal Emergency Management Agency, et al.*, No. 5:21-CV-071 (S.D.TX.)

Defendant's *Vaughn* Index

| 2nd Interim Release 000076 | Helpline NPSC Caller Services Reference Guide Effective Date: August 4, 2021 | (b)(7)(E) | Link to the internal FEMA email address for the FEMA mailroom. | |
|---|---|---|---|---|
| 2nd Interim Release 000079-000083 | Helpline NPSC Caller Services Reference Guide Effective Date: August 4, 2021 | (b)(7)(E) | Internal instructions to FEMA staff related to various verification of identity issues including system codes, system navigation instructions, and hyperlinks. | |
| 2nd Interim Release 000084; 000086-000101 | Helpline NPSC Caller Services Reference Guide Effective Date: August 4, 2021 | (b)(7)(E) | Internal instructions to FEMA staff related to various inspection issues including calling the IHP Helpdesk, system codes, system navigation instructions, hyperlinks, what to do if an applicant threatens an inspector, temporal range of certain instructions, | |
| 2nd Interim Release 000103 | Helpline NPSC Caller Services Reference Guide Effective Date: August 4, 2021 | (b)(7)(E) | Internal instructions to FEMA staff related to roads and bridges inspection issues including system navigation instructions. | |
| 2nd Interim Release 000104 | Helpline NPSC Caller Services Reference Guide Effective Date: August 4, 2021 | (b)(7)(E) | Internal instruction to FEMA staff related to withdraw requests including system navigation instructions, as well as hyperlinks related to information requests. | |

*La Union Del Pueblo Entero, et al. v. Federal Emergency Management Agency, et al.*, No. 5:21-CV-071 (S.D.TX.)

Defendant's *Vaughn* Index

| | | | | |
|---|---|---|---|---|
| 2nd Interim Release 000105-000120 | Helpline NPSC Caller Services Reference Guide Effective Date: August 4, 2021 | (b)(7)(E) | Internal instructions to FEMA staff related to information requests and adding referrals including system codes, hyperlinks, system navigation instructions, and the temporal range of certain instructions. | |
| 2nd Interim Release 000120-000123 | Helpline NPSC Caller Services Reference Guide Effective Date: August 4, 2021 | (b)(7)(E) | Internal instructions to FEMA staff related to Helpline Workpacket Guidelines including system codes, system navigation instructions, hyperlinks, and step by step instructions on how to create a work packet. | |
| 2nd Interim Release 000123-000124; 000126-000128; 000131-000136; 000138-000140 | Helpline NPSC Caller Services Reference Guide Effective Date: August 4, 2021 | (b)(7)(E) | Internal instructions to FEMA staff related to Temporary Housing Assistance including hyperlinks, system navigation instructions, system codes, and transitional sheltering assistance continued eligibility requirements. | |

9

*La Union Del Pueblo Entero, et al. v. Federal Emergency Management Agency, et al.*, No. 5:21-CV-071 (S.D.TX.)

Defendant's *Vaughn* Index

| 2nd Interim Release 000141-000144; 000147-00149; 000152-000155 | Helpline NPSC Caller Services Reference Guide Effective Date: August 4, 2021 | (b)(7)(E) | Internal instructions to FEMA staff related to Funds including hyperlinks, system navigation instructions, information required by Finance department to help FEMA staff resolve payment issues, system codes, step by step instructions on processing and generating a request to stop payment and reissue disaster assistance check letter, FEMA Finance Center codes and their description | |
| --- | --- | --- | --- | --- |
| 2nd Interim Release 000156-000167 | Helpline NPSC Caller Services Reference Guide Effective Date: August 4, 2021 | (b)(7)(E) | Internal instructions to FEMA staff related to insurance issues including system codes, hyperlinks, system navigation instructions, temporal range for certain instructions, information required by Helpdesk to assist FEMA staff initiate a follow up from Inspection Services, step by step instructions for processing a request to purchase flood insurance, step by step instructions for generating particular disaster assistance letter | |

*La Union Del Pueblo Entero, et al. v. Federal Emergency Management Agency, et al.*, No. 5:21-CV-071 (S.D.TX.)

Defendant's *Vaughn* Index

| | | | | |
|---|---|---|---|---|
| 2nd Interim Release 000167-000168; 000170-000171; 000173-000175; 000177-000179 | Helpline NPSC Caller Services Reference Guide Effective Date: August 4, 2021 | (b)(7)(E) | Internal instructions to FEMA staff related to appeal, duplicates, and recoupment issues including hyperlinks, guidance on appeal processing, internal routing information, system codes, system navigation instructions, guidance for investigations involving duplicate applications and recoupment of funds | |
| 2nd Interim Release 000179-000180 | Helpline NPSC Caller Services Reference Guide Effective Date: August 4, 2021 | (b)(7)(E) | Internal instructions to FEMA staff related to replacement housing issues including hyperlinks, internal routing information, system navigation instructions | |
| 2nd Interim Release 000181; 000185 | Helpline NPSC Caller Services Reference Guide Effective Date: August 4, 2021 | (b)(7)(E) | Internal instructions to FEMA staff related to other referral issues including hyperlinks and guidance to navigate to internal reference material. | |
| 2nd Interim Release 000185-000186 | Helpline NPSC Caller Services Reference Guide Effective Date: August 4, 2021 | (b)(7)(E) | Internal instructions to FEMA staff related to non-verbal communication and escalated calls including hyperlinks, and internal FEMA email address, guidance to navigate to internal reference material. | |

*La Union Del Pueblo Entero, et al. v. Federal Emergency Management Agency, et al.*, No. 5:21-CV-071 (S.D.TX.)

Defendant's *Vaughn* Index

| | | | |
|---|---|---|---|
| 2nd Interim Release 000187-000188; 000190-000191;000193-000194;000199-000201 | Helpline NPSC Caller Services Reference Guide Effective Date: August 4, 2021 | (b)(7)(E) | Internal instructions to FEMA staff related to civil rights, congressional, media, web, FAQs and other issues including hyperlinks, guidance to navigate to internal reference material, system navigation instructions, system codes, examples and non-examples of duplication of benefits, and facility designations |
| 3nd Interim Release 000004 | DAC Call Center Registration Intake User Guide Effective Date: November 16, 2021 | (b)(7)(E) | Internal instructions to FEMA staff related to onscreen navigation guidance. |
| 3rd Interim Release 000007-000008 | DAC Call Center Registration Intake User Guide Effective Date: November 16, 2021 | (b)(7)(E) | Internal instructions to FEMA staff related to duplicate applications and applicants who cannot provide an SSN and system codes. |
| 3rd Interim Release 000017-000031 | DAC Call Center Registration Intake User Guide Effective Date: November 16, 2021 | (b)(7)(E) | Internal instructions to FEMA staff related to call interactions with applicants involving personally identifiable information, eligibility, and PINs; system login information and navigation procedures; screenshots of the system; hyperlinks; explanation of tabs within the system; process for taking registrations for undeclared counties and for late applications; how to save an |

*La Union Del Pueblo Entero, et al. v. Federal Emergency Management Agency, et al.*, No. 5:21-CV-071 (S.D.TX.)

Defendant's *Vaughn* Index

| | | | | |
|---|---|---|---|---|
| | | | incomplete application within the system | |
| 3rd Interim Release 000035-000041 | DAC Call Center Registration Intake User Guide Effective Date: November 16, 2021 | (b)(7)(E) | Internal instructions to FEMA staff related to the process for entering SSNs into the system, keyboard control explanations (e.g. F9), screenshots of the system, process for entering various types of information within the system, field descriptions within the system. | |
| 3rd Interim Release 000046-000098 | DAC Call Center Registration Intake User Guide Effective Date: November 16, 2021 | (b)(7)(E) | Internal instructions to FEMA staff related to the process for entering various types of information into the system, keyboard control explanations, hyperlinks, guidance to navigate to internal reference material, screenshots of the system, system navigation instructions. | |

13

*La Union Del Pueblo Entero, et al. v. Federal Emergency Management Agency, et al.*, No. 5:21-CV-071 (S.D.TX.)

Defendant's *Vaughn* Index

| | | | | |
|---|---|---|---|---|
| 3rd Interim Release 000099-000130; 000132; 000134-000135; 000137-000138; 000140-000143 | DAC Call Center Registration Intake User Guide Effective Date: November 16, 2021 | (b)(7)(E) | Internal instructions to FEMA staff related to the process for entering various types of information into the system, screenshots of the system, keyboard control explanations, instructions for processing electronic funds transfers, instructions for setting up SMS messaging, instructions for processing referrals, disaster specific examples of referrals with screenshots; call center help shortcut keys and explanations | |
| 3rd Interim Release 000172-000174; 000186-000194; 000203-000207; 000220-000222 | DAC RI Scripts and Help Effective Date: September 10, 2021 | (b)(7)(E) | Internal instructions to FEMA staff related to reporting waste, fraud, or abuse, SSN requirements, system navigation instructions, various definitions used by FEMA staff | |
| 3rd Interim Release 000229-000237 | Disability and Communication Needs Effective Date: September 15, 2021 | (b)(7)(E) | Internal instructions to FEMA staff related to fielding TTY calls, system navigation instructions, screenshots of the system, internal FEMA-IHP email address, various definitions and acronyms used by FEMA staff, and hyperlinks. | |

*La Union Del Pueblo Entero, et al. v. Federal Emergency Management Agency, et al.*, No. 5:21-CV-071 (S.D.TX.)

Defendant's *Vaughn* Index

| | | | | |
|---|---|---|---|---|
| 3rd Interim Release 000239; 000241-000248 | FEMA IHP Helpdesk Effective Date: June 19, 2020 | (b)(7)(E) | Internal instructions to FEMA staff related to case reviews prior to calling the IHP Helpdesk, related to personally identifiable information (PII) and related to threatening calls; hyperlinks; an internal FEMA email address; definitions used by FEMA staff; and system navigation instructions. | |
| 3rd Interim Release 000251; 000254-000307; 000309-000310; 000312-000329; 000333-000405; 000407-000408; 000410-000422; 000424-000444; 000446; 000454-000456 | Helpline NPSC Caller Services Reference Guide Effective Date: November 17, 2021 | (b)(7)(E) | Internal instructions to FEMA staff related to internal FEMA email addresses, properly transferring applicants, procedures to access and release sensitive information, instructions related to files associated with fraud reviews, guidance to navigate to internal reference material, verification of identity procedures, system codes, script for ineligible decisions based on insurance coverage, system navigation instructions | |
| 3rd Interim Release 000463-000466 | Language Line Procedures Effective Date: August 24, 2021 | (b)(7)(E) | Internal instructions to FEMA staff related to system navigation instructions, step by step process for inbound/outbound calls needing language assistance, and FEMA client number. | |

*La Union Del Pueblo Entero, et al. v. Federal Emergency Management Agency, et al.*, No. 5:21-CV-071 (S.D.TX.)

Defendant's *Vaughn* Index

| | | | | |
|---|---|---|---|---|
| 3rd Interim Release 000472 | Outbound Calls and Third Party Verification Effective Date: September 17, 2021 | (b)(7)(E) | Internal instructions to FEMA staff related to procedures prior to processing outbound calls and third-party verifications. | |
| 3rd Interim Release 000474-000480; 000482; 000484-000497 | Outbound Calls and Third Party Verification Effective Date: September 17, 2021 | (b)(7)(E) | Internal instructions to FEMA staff related to system navigation instructions, guidance to navigate to internal reference material, system codes, document authenticity verification procedures, suggested wording on various issues related to outbound calls; procedures for documenting missed outbound calls. | |
| 5th Interim Release 000003-000013 | Threatening Phone Calls Effective Date: June 10, 2021 | (b)(7)(E) | Internal instructions to FEMA staff related to procedures for evaluations of calls that are a security concern, data points obtained for threatening calls, system navigation instructions, procedures for handling threatening calls, screenshots of the system, and internal FEMA email addresses. | |
| 5th Interim Release 000017-000024 | Transferring Registrations Effective Date: June 11, 2021 | (b)(7)(E) | Internal instructions to FEMA staff related to handling of PII/SPII, system navigation instructions, system codes, and internal FEMA email addresses. | |

*La Union Del Pueblo Entero, et al. v. Federal Emergency Management Agency, et al.*, No. 5:21-CV-071 (S.D.TX.)

Defendant's *Vaughn* Index

| | | | | |
|---|---|---|---|---|
| 5th Interim Release 000029; 000033-000043 | Written Consent and Sharing Applicants Information Effective Date: August 4, 2021 | (b)(7)(E) | Internal instructions to FEMA staff related to handling communications with third parties, handling of authorization to release information form, system navigation instructions, internal processes for certain scenarios related to requests for information, and answers to FEMA staff's FAQs. | |
| 5th Interim Release 000048-000050 | Call Connect Procedures Effective Date: April 12, 2021 | (b)(7)(E) | Internal instructions to FEMA staff related to system navigation instructions and internal call codes. | |
| 5th Interim Release 000056 | Civil Rights Issues Effective Date: October 5, 2020 | (b)(7)(E) | Internal instructions to FEMA staff related to system navigation instructions. | |
| 5th Interim Release 000063 | Congressional Inquiries Effective Date: April 192018 | (b)(7)(E) | Internal instructions to FEMA staff related to system navigation instructions. | |
| 5th Interim Release 000066-000067; 000069-000091 | Duplicate Investigation and Resolution Processing Effective Date: October 27, 2021 | (b)(7)(E) | Internal instructions to FEMA staff related to types of data that flags possible duplicate applications, how duplicate investigations and reviews occur, system navigation instructions, internal FEMA email addresses, system codes, and internal decision matrix related to duplication investigations. | |

*La Union Del Pueblo Entero, et al. v. Federal Emergency Management Agency, et al.*, No. 5:21-CV-071 (S.D.TX.)

Defendant's *Vaughn* Index

| | | | | |
|---|---|---|---|---|
| 5th Interim Release 000098-000099; 000101-000128 | Indexing with DMARTS Effective Date: October 22, 2021 | (b)(7)(E) | Internal instructions to FEMA staff related to system navigation instructions, screenshots of the system, comment formulas, and system codes. | |
| 5th Interim Release 000137-000138; 000140-000143; 000145-000148 | Info Control Effective Date: June 1, 2021 | (b)(7)(E) | Internal instructions to FEMA staff related to system navigation instructions, internal FEMA email addresses, system codes, and data points used by info control specialists. | |
| 5th Interim Release 000154; 000156-000165 | Late Applications Effective Date: August 27, 2020 | (b)(7)(E) | Internal instructions to FEMA staff related to system navigation instructions, examples of supporting documentation, and internal FEMA email addresses. | |
| 5th Interim Release 000170-000171 | Placing Cases on Hold - 72 Hour Rule Effective Date: October 4, 2018 | (b)(7)(E) | Internal instructions to FEMA staff related to examples of reasons to place/remove cases on hold and queues that require manual removal. | |
| 5th Interim Release 000173-000193 | Recoupment Helpline User's Guide Effective Date: August 26, 2021 | (b)(7)(E) | Internal instructions to FEMA staff related to system navigation instructions, system codes, if/then guide of various scenarios, and scripts used by FEMA staff. | |
| 5th Interim Release 000198; 000201-000202 | Recoupment (Recovery of Funds) Effective Date: September 17, 2021 | (b)(7)(E) | Internal instructions to FEMA staff related to when FEMA will initiate a recoupment | |

*La Union Del Pueblo Entero, et al. v. Federal Emergency Management Agency, et al.*, No. 5:21-CV-071 (S.D.TX.)

Defendant's *Vaughn* Index

| | | | | |
|---|---|---|---|---|
| | | | action and system navigation instructions. | |
| 5th Interim Release 000210-000225 | Return/Reissue of IHP Financial Assistance Effective Date: June 14, 2021 | (b)(7)(E) | Internal instructions to FEMA staff related to system navigation instructions, internal FEMA email addresses, and system codes. | |
| 5th Interim Release 000231-000245 | Special Handling Queries Effective Date: September 15, 2021 | (b)(7)(E) | Internal instructions to FEMA staff related to system navigation instructions, guidance to navigate to internal reference material, internal FEMA email addresses and phone numbers, and system codes. | |
| 5th Interim Release 000255-000256; 000258-000283; 000285-000318; 000325-000334 | Appeal Processing Effective Date September 20, 2021 | (b)(7)(E) | Internal instructions to FEMA staff related to system navigation instructions, system codes, if/then guide of various scenarios, screenshots of the system, answers to FEMA staff's FAQs. | |
| 5th Interim Release 000339-000353 | Appeal Queue Errors Effective Date: June 25, 2021 | (b)(7)(E) | Internal instructions to FEMA staff related to system navigation instructions, system codes, and internal FEMA email addresses and phone numbers. | |

*La Union Del Pueblo Entero, et al. v. Federal Emergency Management Agency, et al.*, No. 5:21-CV-071 (S.D.TX.)

Defendant's *Vaughn* Index

| | | | | |
|---|---|---|---|---|
| 5th Interim Release 000362-000364; 000368; 000370-000378 | Medical and Dental Effective Date: August 27, 2021 | (b)(7)(E) | Internal instructions to FEMA staff related to system navigation instructions, an insurance document and verification chart, guidance to navigate to internal reference material, system codes, internal FEMA email addresses and phone numbers. | |
| 5th Interim Release 000392-000394; 000396-000408 | Miscellaneous Other Items Effective Date: September 17, 2021 | (b)(7)(E) | Internal instructions to FEMA staff related to system navigation instructions, system codes, guidance to navigate to internal reference material, internal FEMA email addresses and phone numbers, and process instructions for various scenarios. | |
| 5th Interim Release 000415-000418; 000420-000425 | Moving and Storage Effective Date: August 27, 2021 | (b)(7)(E) | Internal instructions to FEMA staff related to system navigation instructions, system codes, and internal FEMA email addresses and phone numbers. | |
| 5th Interim Release 000435; 000439-000443 | GFIP Eligibility Effective Date: May 27, 2021 | (b)(7)(E) | Internal instructions to FEMA staff related to system navigation instructions, system codes, internal FEMA email addresses and phone numbers and verification checklists. | |

*La Union Del Pueblo Entero, et al. v. Federal Emergency Management Agency, et al.*, No. 5:21-CV-071 (S.D.TX.)

Defendant's *Vaughn* Index

| | | | | |
|---|---|---|---|---|
| 5th Interim Release 000453-000455; 000457-000463; 000466-000471; 000473-000474; 000478-000484; 000486; 000493-000496 | Personal Property Assistance Effective Date: September 17, 2021 | (b)(7)(E) | Internal instructions to FEMA staff related to system navigation instructions, system codes, internal FEMA email addresses and phone numbers, process scenario examples; personal property line item chart, and answers to FEMA staff FAQs | |
| 6th Interim Release 000006-000007; 000009; 000011-000015; 000018-000045; 000054-000060 | COVID-19 Funeral Assistance DSOP Effective Date: November 17, 2021 | (b)(7)(E) | Internal instructions to FEMA staff related to processing instructions, system navigation instructions, system codes, screen shots of the system, process scenario examples, and internal FEMA email addresses and phone numbers. | |
| 6th Interim Release 000063-000069; 000071-000076; 000078-000103 | DR-4558-CA, DR-4562-OR, and DR-4569-CA Remote Inspections DSOP Effective Date: September 17, 2021 | (b)(7)(E) | Internal instructions to FEMA staff related to processing instructions, system navigation instructions, system codes, process scenarios, and internal FEMA email addresses and phone numbers. | |

*La Union Del Pueblo Entero, et al. v. Federal Emergency Management Agency, et al.*, No. 5:21-CV-071 (S.D.TX.)

Defendant's *Vaughn* Index

| | | | | |
|---|---|---|---|---|
| 6th Interim Release 000113-000121; 000123; 000125-000133; 000135-000139; 000141-000153; 000163-000167 | DR-4560-PR and DR-4571-PR DSOP Effective Date: September 17, 2021 | (b)(7)(E) | Internal instructions to FEMA staff related to processing instructions, system navigation instructions, system codes, process scenarios, disaster specific damage levels, and internal FEMA email addresses and phone numbers. | |
| 6th Interim Release 000174-000185; 000188-000223 | DR-4559-LA, DR-4570-LA, and DR-4606-LA DSOP Effective Date: September 17, 2021 | (b)(7)(E) | Internal instructions to FEMA staff related to processing instructions, system navigation instructions, system codes, process scenarios, disaster specific damage levels, and internal FEMA email addresses and phone numbers. | |
| 6th Interim Release 000230-000231; 000233-000239; 000241-000258 | DR-4587-OK and DR-4590-LA Winter Storms DSOP Effective Date: September 17, 2021 | (b)(7)(E) | Internal instructions to FEMA staff related to processing instructions, system navigation instructions, system codes, process scenarios, and internal FEMA email addresses and phone numbers. | |
| 6th Interim Release 000264-000265; 000267; 000269-000272; 000274-000277 | DR-4607-MI DSOP Effective Date: September 17, 2021 | (b)(7)(E) | Internal instructions to FEMA staff related to processing instructions, system navigation instructions, system codes, and internal FEMA email addresses and phone numbers. | |

*La Union Del Pueblo Entero, et al. v. Federal Emergency Management Agency, et al.*, No. 5:21-CV-071 (S.D.TX.)

Defendant's *Vaughn* Index

| | | | | |
|---|---|---|---|---|
| 6th Interim Release 000284; 000287-000291; 000293-000309 | DR-4610-CA Fire DSOP Effective Date: November 8, 2021 | (b)(7)(E) | Internal instructions to FEMA staff related to processing instructions, system navigation instructions, system codes, process scenarios, and internal FEMA email addresses and phone numbers. | |
| 6th Interim Release 000315-000316; 000318-000319; 000321-000345; 000347-000349 | DR-4611-LA Hurricane Ida DSOP Effective Date: November 12, 2021 | (b)(7)(E) | Internal instructions to FEMA staff related to processing instructions, system navigation instructions, system codes, and internal FEMA email addresses and phone numbers. | |
| 6th Interim Release 000355-000376 | DR-4611-LA Hurricane Ida Duplicate Payment Offset and Recoupment DSOP Effective Date: November 16, 2021 | (b)(7)(E) | Internal instructions to FEMA staff related to processing instructions, system navigation instructions, system codes, duplicate offset chart, duplicate payment offset scripts, and internal FEMA email addresses and phone numbers. | |
| 6th Interim Release 000381-000406 | EM-3560-FL DSOP Effective Date: August 26, 2021 | (b)(7)(E) | Internal instructions to FEMA staff related to processing instructions, system navigation instructions, system codes, and internal FEMA email addresses and phone numbers. | |

*La Union Del Pueblo Entero, et al. v. Federal Emergency Management Agency, et al.*, No. 5:21-CV-071 (S.D.TX.)

Defendant's *Vaughn* Index

| | | | | |
|---|---|---|---|---|
| 6th Interim Release 000415-000416; 000420-000423; 000425-000458 | DR-4563-AL and DR-4573-AL DSOP Effective Date: September 17, 2021 | (b)(7)(E) | Internal instructions to FEMA staff related to processing instructions, system navigation instructions, system codes, and internal FEMA email addresses and phone numbers. | |
| 6th Interim Release 000465-000466; 000468-000492 | DR-4586-TX Ice Storm DSOP Effective Date: September 17, 2021 | (b)(7)(E) | Internal instructions to FEMA staff related to processing instructions, system navigation instructions, system codes, process scenarios, and internal FEMA email addresses and phone numbers. | |
| 7th Interim Release 000004-000017 | Cross Disaster Processing Effective Date: November 12, 2020 | (b)(7)(E) | Internal instructions to FEMA staff related to system navigation instructions, system codes, internal FEMA email addresses and phone numbers, processing eligibility verifications, and screenshots of the system. | |
| 7th Interim Release 000023; 000025-000026 | Financial HA and ONA Maximum and Minimum Awards Effective Date: October 17, 2020 | (b)(7)(E) | Internal instructions to FEMA staff related to system navigation instructions, system codes, and internal FEMA email addresses and phone numbers. | |
| 7th Interim Release 000031; 000034-000052 | Flood Zones and Other Protected Areas Effective Date: May 27, 2021 | (b)(7)(E) | Internal instructions to FEMA staff related to system navigation instructions, system codes, data search queries within the system, processing | |

*La Union Del Pueblo Entero, et al. v. Federal Emergency Management Agency, et al.*, No. 5:21-CV-071 (S.D.TX.)

Defendant's *Vaughn* Index

| | | | | |
|---|---|---|---|---|
| | | | scenarios, and internal FEMA email addresses and phone numbers. | |
| 7th Interim Release 000058-000071 | Fraud Review Standard Operating Procedures Effective Date: October 13, 2021 | (b)(7)(E) | Internal instructions to FEMA staff related to system navigation instructions, system codes, and process instructions for fraud reviews/investigations. | |
| 7th Interim Release 000077-000077; 000079-000082; 000084-000088 | Identity Verification Effective Date: August 24, 2021 | (b)(7)(E) | Internal instructions to FEMA staff related to system navigation instructions, system codes, processing scenarios, and internal FEMA email addresses and phone numbers. | |
| 7th Interim Release 000095-000097; 000099-000137; 000143-000152 | Inspection Requests and Comparisons Effective Date: September 22, 2021 | (b)(7)(E) | Internal instructions to FEMA staff related to system navigation instructions, system codes, keyboard control explanations, processing instructions, internal FEMA email addresses and phone numbers, initial inspection matrix and scenarios. | |

*La Union Del Pueblo Entero, et al. v. Federal Emergency Management Agency, et al.*, No. 5:21-CV-071 (S.D.TX.)

Defendant's *Vaughn* Index

| | | | | |
|---|---|---|---|---|
| 7th Interim Release 000156-000159; 000161-000173; 000175-000196; 000202-000210 | Insurance Processing for HA and Personal Property Effective Date: September 22, 2021 | (b)(7)(E) | Internal instructions to FEMA staff related to system navigation instructions, system codes, inspection request table, internal FEMA email addresses and phone numbers, and insurance processing scenarios. | |
| 7th Interim Release 000214; 000216-000223 | Military Personnel and Military Civilian Employees Effective Date: May 27, 2021 | (b)(7)(E) | Internal instructions to FEMA staff related to system navigation instructions, system codes, processing scenarios, and internal FEMA email addresses and phone numbers. | |
| 7th Interim Release 000228-000230; 000232-000241 | Non-Referral Applicants Effective Date: September 22, 2021 | (b)(7)(E) | Internal instructions to FEMA staff related to processing non-referral applications, keyboard control explanations, system navigation instructions, system codes, processing scenarios, and internal FEMA email addresses and phone numbers. | |
| 7th Interim Release 000251-000252; 000254-000255; 000261; 000264-000271 | Occupancy Verification Effective Date: September 9, 2021 | (b)(7)(E) | Internal instructions to FEMA staff related to system navigation instructions, system codes, processing scenarios, and internal FEMA email addresses and phone numbers. | |
| 7th Interim Release 000283-000291 | Students in College Dormitories Effective Date: August 26, 2021 | (b)(7)(E) | Internal instructions to FEMA staff related to system navigation instructions, system codes, processing table and scenarios, and internal FEMA | |

*La Union Del Pueblo Entero, et al. v. Federal Emergency Management Agency, et al.*, No. 5:21-CV-071 (S.D.TX.)

Defendant's *Vaughn* Index

| | | | | |
|---|---|---|---|---|
| | | | email addresses and phone numbers. | |
| 7th Interim Release 000317-000319; 000321-000325 | Closed Disaster Processing Effective Date: November 12, 2020 | (b)(7)(E) | Internal instructions to FEMA staff related to system navigation instructions, system codes, processing scenarios, and internal FEMA email addresses and phone numbers. | |
| 7th Interim Release 000332-000333; 000335-000371 | Codes, Verifications, Request Letters and Assistance Types Effective Date: August 24, 2021 | (b)(7)(E) | Internal instructions to FEMA staff related to system navigation instructions, system codes, guidance to navigate to reference material, chart of verification requirements, processing scenarios, and internal FEMA email addresses and phone numbers. | |
| 7th Interim Release 000377-000383; 000389-000434 | Remote Inspections DSOP Effective Date: November 12, 2021 | (b)(7)(E) | Internal instructions to FEMA staff related to system navigation instructions, system codes, If/Then chart with script, processing scenarios, and internal FEMA email addresses and phone numbers. | |

*La Union Del Pueblo Entero, et al. v. Federal Emergency Management Agency, et al.*, No. 5:21-CV-071 (S.D.TX.)

Defendant's *Vaughn* Index

| | | | | |
|---|---|---|---|---|
| 8th Interim Release 000005-000023 | SBA Referrals Effective Date: October 22, 2021 | (b)(7)(E) | Internal instructions to FEMA staff related to system navigation instructions, SBA Income Test Tables for FY20-21, SBA Events and Reasons codes, system codes, FAQs related to system processing, and internal FEMA email addresses and phone numbers. | |
| 8th Interim Release 000031-000034; 000036-000063 | Transportation and Second Vehicle Request Effective Date: August 27, 2021 | (b)(7)(E) | Internal instructions to FEMA staff related to system navigation instructions, system codes, processing scenarios, and internal FEMA email addresses and phone numbers. | |
| 8th Interim Release 000069; 000071-000073; 000075-000079 | Closed Disaster Processing Effective Date: November 12, 2020 | (b)(7)(E) | Internal instructions to FEMA staff related to system navigation instructions, system codes, processing scenarios, and internal FEMA email addresses and phone numbers. | |
| 8th Interim Release 000087-000089; 000095-000097; 000099-000106; 000109-000113; 000115-000117 | Child Care Assistance Effective Date: August 26, 2020 | (b)(7)(E) | Internal instructions to FEMA staff related to system navigation instructions, system codes, screenshots of the system, and internal FEMA email addresses and phone numbers. | |

*La Union Del Pueblo Entero, et al. v. Federal Emergency Management Agency, et al.*, No. 5:21-CV-071 (S.D.TX.)

Defendant's *Vaughn* Index

| | | | | |
|---|---|---|---|---|
| 8th Interim Release 000126-000128; 000134; 000136-000139 | Funeral Assistance Effective Date: October 29, 2021 | (b)(7)(E) | Internal instructions to FEMA staff related to system navigation instructions, system codes, processing scenarios, and internal FEMA email addresses and phone numbers. | |
| 8th Interim Release 000147-000149; 000151-000153;000155-000156; 000158-000163 | Generator Effective Date: September 17, 2021 | (b)(7)(E) | Internal instructions to FEMA staff related to system navigation instructions, system codes, processing scenarios, and internal FEMA email addresses and phone numbers. | |
| 8th Interim Release 000171-000173; 000176-000177; 000182-000200;000202-000204; 000206-000223; 000227-000229 | Continued Temporary Housing Assistance Effective Date: September 17, 2021 | (b)(7)(E) | Internal instructions to FEMA staff related to system navigation instructions, system codes, screenshots of the system, answers to FAQs for staff, and internal FEMA email addresses and phone numbers. | |
| 8th Interim Release 000238-000239 | Direct Housing Assistance Effective Date: May 27, 2021 | (b)(7)(E) | Internal instructions to FEMA staff related to a FEMA verified loss table and system navigation instructions. | |
| 8th Interim Release 000249-000251; 000253-000264; 000268-000273; 000284-000288 | Home Repair Assistance Effective Date: September 20, 2021 | (b)(7)(E) | Internal instructions to FEMA staff related to system navigation instructions, system codes, processing scenarios, and internal FEMA email addresses and phone numbers. | |

*La Union Del Pueblo Entero, et al. v. Federal Emergency Management Agency, et al.*, No. 5:21-CV-071 (S.D.TX.)

Defendant's *Vaughn* Index

| | | | | |
|---|---|---|---|---|
| 8th Interim Release 000292-000294; 000297-000302; 000304-000311; 000317-000321 | Home Replacement Assistance Effective Date: September 17, 2021 | (b)(7)(E) | Internal instructions to FEMA staff related to system navigation instructions, system codes, and internal FEMA email addresses and phone numbers. | |
| 8th Interim Release 000325-000327; 000331-000349; | Lodging Expense Reimbursement Effective Date: September 16, 2021 | (b)(7)(E) | Internal instructions to FEMA staff related to system navigation instructions, system codes, processing scenarios, screen shots of the system, temporary housing assistance matrix, and internal FEMA email addresses and phone numbers. | |
| 8th Interim Release 000361; 000363; 000369; 000374-000381 | Ownership Verification Effective Date: August 24, 2021 | (b)(7)(E) | Internal instructions to FEMA staff related to system navigation instructions, system codes, processing scenarios, and internal FEMA email addresses and phone numbers. | |
| 8th Interim Release 000388-000390; 000393-000421 | Rental Assistance Effective Date: October 22, 2021 | (b)(7)(E) | Internal instructions to FEMA staff related to system navigation instructions, system codes, process scenarios, answers to FAQs for staff, and internal FEMA email addresses and phone numbers. | |

*La Union Del Pueblo Entero, et al. v. Federal Emergency Management Agency, et al.*, No. 5:21-CV-071 (S.D.TX.)

Defendant's *Vaughn* Index

| | | | | |
|---|---|---|---|---|
| 8th Interim Release 000431-000433; 000435-000456 | Roads and Bridges Effective Date: October 1, 2021 | (b)(7)(E) | Internal instructions to FEMA staff related to system navigation instructions, system codes, screen shots of the system, answers to FAQs for staff, and internal FEMA email addresses and phone numbers. | |
| 8th Interim Release 000468-000470 | Transitional Sheltering Assistance Effective Date: September 3, 2021 | (b)(7)(E) | Internal instructions to FEMA staff related to system navigation instructions, system codes, screen shots of the system, and internal FEMA email addresses and phone numbers. | |
| 9th Interim Release 000003-000037 | ACE4 User Guide Revision Date: June 2018 | (b)(7)(E) | Training materials related to inspections that provide guidance on how to navigate within the system to make changes to addresses, select various scenarios, interacting with applicants, and screen shots of the ACE4 software system. | |
| 9th Interim Release 000040-000084 | ACE4 User Guide Revision Date: July 12, 2019 | (b)(7)(E) | Training materials related to inspections that provide guidance on how to navigate within the system to make changes to addresses, select various scenarios, interacting with applicants, screen shots of the ACE4 software system, | |

*La Union Del Pueblo Entero, et al. v. Federal Emergency Management Agency, et al.*, No. 5:21-CV-071 (S.D.TX.)

Defendant's *Vaughn* Index

| 9th Interim Release 000087; 000089-000090; 000092-000099; 000102-000117; 000119-000123; 000125-000131; 000137-000135; 000178-000188; 000197 | ACE4 Training PowerPoint Slides Dated: October 26, 2018 | (b)(6); (b)(7)(E) | PowerPoint training slides containing applicant personally identifiable information (PII), types of inspections, system navigation instructions, name change instructions, process instructions for recording certain types of information within ACE4, screen shots of the ACE4 software system | FEMA invoked **Exemption 6** of the FOIA to protect identifying information that does not have the level of public interest required to authorize disclosure. Specifically, the types of documents and/or information we have withheld consist of PII such as names, identification numbers, telephone numbers and/or other information of disaster survivors  that are considered personal. |
|---|---|---|---|---|
| 9th Interim Release 000199-000201 | IHP Habitability Document Dated April 4, 2007 | (b)(7)(E) | Internal guidance document related to habitability determinations, repair scope of work, types of damage that may not impact overall habitability, and examples of overall habitability determinations. | |
| 9th Interim Release 000202-000608 | Individuals and Households FIDA_40552_MultiDR_NONPII Data as of 3/4/22 (i.e. Pre-Shift Instructions) | (b)(7)(E) | Internal instructions to FEMA staff related to disaster specific updates including guidance document updates, automated caller updates, internal phone system operations, registration updates, recoupment processing guidance, data changing instructions, various reminders to staff, guidance on new system codes.<br><br>NOTE: For a row by row description of the type of information withheld, please | |

*La Union Del Pueblo Entero, et al. v. Federal Emergency Management Agency, et al.*, No. 5:21-CV-071 (S.D.TX.)

Defendant's *Vaughn* Index

| | | | | |
|---|---|---|---|---|
| | | | see the "Note Title" column for each row within the document. | |