# Exhibit 3

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | |
|---|---|
| LA UNION DEL PUEBLO ENTERO, et al.<br><br>Plaintiff,<br><br>v.<br><br>FEDERAL EMERGENCY MANAGEMENT AGENCY, et al.<br><br>Defendants. | CIVIL ACTION NO. 5:21-CV-071 |

**DECLARATION OF JOHNATHAN TORRES IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGEMENT**

I, Johnathan Torres, hereby declare, pursuant to 28 U.S.C. § 1746, the following to be true and correct:

1. I am the Acting Section Chief for Program Management in the IHP Service Delivery Branch of the Individual Assistance Division. In this capacity, I am responsible for overseeing the development and implementation of policies, internal procedures, systems administration, and internal coordination to support the delivery of disaster assistance under the Individuals and Households program. I have held this position in an acting capacity since February 2022; I have held my permanent position as the Deputy Section Chief since November 2019.

2. In my official capacity as Acting Chief for Program Management, I supervise 8 direct reports, with 143 employees within the Program Management Section. The Program Management staff develop regulations, policy, and internal procedures for the delivery of disaster assistance under the Individuals and Households Program, complete disaster setup and other necessary technology system administration, and provides internal collaboration with Applicant

Services case processing and customer service staff, Field Services Section staff responsible for oversight of FEMA's housing inspections, and Regional and Joint Field Offices responsible for coordinating the delivery of disaster assistance with impacted State, Territory, and Tribal governments. The statements contained in this declaration are based upon my personal knowledge, upon information provided to me in my official capacity, and upon conclusions I reached based on that knowledge or information.

3. FEMA provides the Individual Assistance Program and Policy Guide (IAPPG) to the public via FEMA's website. This policy manual lays out all eligibility criteria and document requirements for receiving various types of IHP assistance. The IAPPG is typically updated every three years and includes an opportunity for the public to provide comments before policy changes are finalized. In rare occasions where a policy change needs to be made prior to the release of the next version of the IAPPG, FEMA issues an Interim Policy.

4. FEMA also posts all Interim Policies, such as *FEMA Policy 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, COVID-19 Funeral Assistance Individuals and Households Program Policy* and the *Amendment to FP 104-009-03, Individual Assistance Program and Policy Guide, Version 1.1.*, to the public via FEMA's website.

5. FEMA also provides the public information on our program through fact sheets and FAQs posted to our website and made available in impacted disaster areas. Disaster-specific program approvals, such as to extensions to the registration periods or the approval of types of assistance specific to a disaster (such as Critical Needs Assistance or Direct Housing), are also shared with the public through these types of external communications.

6. As such, FEMA makes available for public inspection, in an electronic format, Individual Assistance statements of policy and interpretations which have been adopted by the

agency and are not published in the Federal Register as well as administrative staff manuals and instructions to staff that affect a member of the public. Policies, guidance, and fact sheets for Individual Assistance may be found at https://www.fema.gov/assistance/individual/policy-guidance-and-fact-sheets. In addition, policy documentation related to funeral assistance may be found at https://www.fema.gov/sites/default/files/documents/fema_covid-19-funeral-assistance-interim-policy-version-2_06-29-2021.pdf.

7. FEMA also provides applicants detailed information on eligibility, their appeal rights, and any additional documents we may need through letters to applicants that are specific to an applicant's situation.

8. When updates to the IAPPG or interim policies are released, these updates are accompanied by updated fact sheets and FAQs to help the public understand the changes FEMA is making, which as noted above are available to the public. FEMA also updates internal guidance documents, such as the Processing Procedures Manual (PPM) and inspection guidelines, so policy changes are consistently implemented.

9. There are several reasons why the PPM and other internal guidance documents are not made available to the public: the technical nature of the material, the materials do not establish requirements for obtaining assistance that are not already disclosed to the public, and to prevent bad actors from circumventing the government's fraud controls.

10. The PPM and other internal guidance documents are technical in nature, detailing call center or computer system instructions that are necessary for staff to complete their work. They consist of step-by-step instructions for navigating internal processes and controls.

11. These internal guidance documents do not establish requirements for obtaining disaster assistance beyond those contained in public-facing policy. Requirements for obtaining

disaster assistance are communicated to the public, as discussed above. However, the internal guidance documents are necessary to ensure eligibility determinations are made consistently with policy and internal controls.

12.     FEMA also continues to identify new fraud schemes regularly. These fraud schemes are communicated to various program offices, including IHP, so that controls may be included in the program's internal guidance documents. Releasing our internal guidance processing guidance would make FEMA more vulnerable to bad actors and fraud schemes who could use the details in guidance to circumvent the fraud controls we have in place. For this reason, Program Management does not proactively post materials, such as our processing guidance and inspection guidance, that bad actors could use to fraudulently obtain disaster assistance funds.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 21st day of October 2022.

JOHNATHAN M TORRES
Digitally signed by JOHNATHAN M TORRES
Date: 2022.10.21 10:14:23 -04'00'

JOHNATHAN TORRES