# Exhibit 4

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | | |
|---|---|---|
| LA UNION DEL PUEBLO ENTERO, et al. | ' | |
| Plaintiff, | ' | |
| v. | ' | CIVIL ACTION NO. 5:21-CV-071 |
| FEDERAL EMERGENCY MANAGEMENT AGENCY, et al. | ' | |
| Defendants. | ' | |

**DECLARATION OF WILLIAM WILSON IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGEMENT**

I, William Wilson, hereby declare, pursuant to 28 U.S.C. § 1746, the following to be true and correct:

1. I am the Director of the Mission Support, Office of the Chief Security Officer, Fraud Investigations and Inspections Division. In this capacity, I am responsible for managing and coordinating agency-wide efforts to prevent, detect, deter, investigate, and report fraud, waste, and abuse of FEMA funds and have held this position since December 20, 2020.

2. In my official capacity as Director, I supervise 3 direct reports, with 28 employees within the Fraud Investigations and Inspections Division. The Fraud Investigations and Inspections Division conducts investigations of alleged fraud, waste, and abuse of FEMA funds, reviews of FEMA's disaster assistance programs and grant actions to ensure internal controls are established to effectively prevent and mitigate fraud, waste, and abuse, provides fraud prevention and awareness training to internal and external partners and stakeholders and coordinates fraud complaints and investigations with the Department of Homeland Security, Office of Inspector

General. The statements contained in this declaration are based upon my personal knowledge, upon information provided to me in my official capacity, and upon conclusions I reached based on that knowledge or information.

3. The Fraud Investigations and Inspections Division continually identifies new fraud trends, tactics, techniques, and schemes during its investigations. Once these tactics and techniques have been identified, the details and pertinent information are shared with the affected component, to include the Individuals and Households Program, to allow them to develop appropriate strategies and update internal guidance to effectively mitigate them.

4. The Department of Homeland Security, Office of Inspector General also continues to identify new fraud trends, tactics, techniques, and schemes during its investigations and shares the details with and the Fraud Investigations and Inspections Division and Individuals and Households Program. By sharing this information, the Fraud Investigations and Inspections Division and Department of Homeland Security, Office of Inspector General play a direct role in the development of updated, internal SOPs and guidance documents to help ensure internal controls are established to effectively prevent and mitigate fraud, waste, and abuse.

5. For the component to effectively develop new mitigation strategies and guidance, the Fraud Investigations and Inspections Division and the Department of Homeland Security, Office of Inspector General must share intimate details of open and active investigations, which may be included in the updated guidance documents and SOPs. FEMA personnel use the updated guidance documents and SOPs to implement new processes and procedures which include specific fraud control measures meant to mitigate the newly identified fraud tactics. Additionally, the Fraud Investigations and Inspections Division and Department of Homeland Security, Office of Inspector General may use IHP guidance documents and SOPs in fraud investigations, by reviewing and

recommending updates to their content for relevancy and may include them as part of investigative files. The release of IHP guidance documents and SOPs would jeopardize the confidentiality of ongoing investigations and provide bad actors with intimate details on how to defeat FEMA's anti-fraud efforts and mitigation activities.

    I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 21st day of October 2022.

                                            WILLIAM C WILSON  
                                            Digitally signed by WILLIAM C WILSON  
                                            Date: 2022.10.21 16:18:54 -04'00'

                                            William Wilson