IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | | |
|---|---|---|
| LA UNION DEL PUEBLO ENTERO, et al. | § § § | |
| *Plaintiffs,* | § § | |
| v. | § § | CASE NO. 5:21-CV-071 |
| FEDERAL EMERGENCY MANAGEMENT AGENCY, et al. | § § § § § | |
| *Defendants.* | § § | |

## ORDER

The Court, having considered Defendants' Motion to Dismiss or, the alternative, for Summary Judgment and any responses and replies thereto, enters the following order:

It is hereby **ORDERED** that Defendant's Motion is **GRANTED**.

Final judgment shall issue by separate order.

Dated this _____ day of _____.

_____
UNITED STATES DISTRICT JUDGE