UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | | |
|---|---|---|
| LA UNION DEL PUEBLO ENTERO, et al. | § § § | |
| Plaintiff, | § § | |
| v. | § | CIVIL ACTION NO. 5:21-CV-071 |
| FEDERAL EMERGENCY MANAGEMENT AGENCY, et al. | § § § § | |
| Defendants. | § | |

**FEMA'S ADVISORY TO THE COURT ON THE STATUS OF THE AGENCY'S SEARCH FOR RESPONSIVE RECORDS**

Pursuant to the Court's Order (Dkt. No. 57) adopting in part the Magistrate Judge's Report and Recommendation, FEMA submits this advisory notifying the Court of the agency's intent to redo portions of its initial search for responsive records and expand the search locations. FEMA's position is that the initial search was adequate and in compliance with FOIA. However, to address the Court's concerns and to ensure that no records were missed, additional searches will be conducted. In support of this advisory, FEMA submits a supplemental declaration provided by Gregory Bridges, FEMA Disclosure Branch Chief. The supplemental declaration describes in further detail FEMA's initial search for responsive records and addresses the deficiencies identified by the Court (Dkt. No. 57 at 7) of the initial declaration describing the agency's search. The declaration also describes the additional search efforts that FEMA will undertake.

FEMA proposes the following Phase II schedule to be completed by September 29, 2023, in furtherance of the Court's Docket Control Order (Dkt. No. 58):

1. FEMA shall complete its additional search by **August 25, 2023**.

2. Beginning on **August 25, 2023**, and weekly thereafter, FEMA will file a status report containing the information specified in the Docket Control Order.

3. FEMA shall complete the review of any new documents located by **September 8, 2023**.

4. Parties shall confer no later than **September 11, 2023,** to determine whether any outstanding issues regarding FEMA's search remains.

5. Should the parties not reach an agreement, FEMA shall file its motion for summary judgment on the adequacy of search by **September 15, 2023.**

6. Plaintiff shall file its response by **September 22, 2023.**

7. FEMA shall file its reply by **September 29, 2023.**

DATED: August 8, 2023

        Respectfully Submitted,

        ALAMDAR HAMDANI
        UNITED STATES ATTORNEY

        *s/Jimmy A. Rodriguez*
        Jimmy A. Rodriguez
        Assistant United States Attorney
        Southern District of Texas
        Attorney in Charge

                                    Texas Bar No. 24037378
                                    Federal ID No. 572175
                                    1000 Louisiana, Suite 2300
                                    Houston, Texas 77002
                                    Tel: (713) 567-9532
                                    Fax: (713) 718-3303
                                    jimmy.rodriguez2@usdoj.gov

                              ATTORNEYS FOR THE UNITED STATES

Of counsel:
Joseph Macri II, Trial Attorney
FEMA – Office of Chief Counsel
Information Law Branch

## CERTIFICATE OF SERVICE

    I certify that on August 8, 2023, a true and correct copy of the foregoing was filed with the United States District Clerk for the Southern District of Texas and electronically served on all counsel of record via the District's ECF system.

                                    *s/ Jimmy A. Rodriguez*
                                    Jimmy A. Rodriguez
                                    Assistant United States Attorney