UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | |
|---|---|
| LA UNION DEL PUEBLO ENTERO, et al.<br><br>Plaintiff,<br><br>v.<br><br>FEDERAL EMERGENCY MANAGEMENT AGENCY, et al.<br><br>Defendants. | CIVIL ACTION NO. 5:21-CV-071 |

**DECLARATION OF GREGORY BRIDGES IN SUPPORT OF DEFENDANTS'
ADVISORY REGARDING FEMA'S SEARCH FOR RESPONSIVE RECORDS**

I, Gregory Bridges, hereby declare, pursuant to 28 U.S.C. § 1746, the following to be true and correct:

1. I am the Chief of the Disclosure Branch in the Office of the Chief of the Administrative Officer. In this capacity, I am responsible for supervising the handling of Freedom of Information Act (FOIA) requests received by the Federal Emergency Management Agency (FEMA). I have held this position since December 2018.

2. In my official capacity as Chief of the Disclosure Branch, I supervise 14 employees. The Disclosure Branch staff is divided into teams, include Intake, Processing, Litigation and Appeals. The Litigation Team is limited to one Government Information Specialist, and one recently hired contractor who handles the litigation processing for the Disclosure Branch. The statements contained in this declaration are based upon my personal knowledge, upon information provided to me in my official capacity, and upon conclusions I reached based on that knowledge or information.

**FEMA's Search for Responsive Records**

3. Plaintiff's request sought two categories of records which Plaintiff requested that FEMA make publicly available in its online electronic reading room:

**Part A:** all records that communicate to any FEMA employee or to any FEMA contractor (including subcontractors) any substantive or procedural standard that is or will be used by FEMA, FEMA employees, FEMA contractors, or FEMA subcontractors to help decide any application for assistance under the Individuals and Households Program ("IHP") established in 42 U.S.C. § 5174 following a disaster declared after January 1, 2019; and

**Part B:** all records that state any future change to any existing substantive or procedural IHP standard described above, regardless of whether the change is disaster-specific or applies to all future disasters.

4. Regarding those two categories of records, Plaintiff further indicated that records that are responsive to this request include without limitation all IHP documents that FEMA has labeled or refers to as:

(1) Standard Operating Procedures;
(2) IHP Inspection Guidelines;
(3) IHP Line Items;
(4) Response and Recovery Directorate Guidance;
(5) FEMA Policy Memoranda;
(6) Policy and Guidance Quick Reference Guide;
(8) FEMA Helpline Guidance Manuals;
(9) IHP Toolbox;
(10) Habitability Document;
(11) Field Inspector Manuals;
(12) Pre-Shift Instructions;
(13) Contractor Training Documents; and
(14) Periodic Text or Email Updates Sent to Inspection Contractors.

5.      Regarding **Part A** of Plaintiff's request, FEMA searched for records in the following manner:

6.      On May 14, 2021, FEMA's Disclosure Branch sent a search tasking email along with the request to the Office of Response and Recovery (ORR).  FEMA's initial declaration inadvertently identified one of the offices tasked as Region 6.  Rather, the Field Services, Housing Inspection Services branch within IHP was tasked and not the Region 6 office.  Any records responsive to this request that would be located in a regional office would be duplicative of the records located by ORR.  ORR was selected because the IHP Service Delivery Branch, which includes the Field Services Section– Housing Inspection Services, and the Reporting and Analytics Division (RAD) resides within ORR and they are the subject matter experts related to any potentially responsive records related to the request.

7.      On January 19, 2022, FEMA's Disclosure Branch sent a search tasking email to the Office of the Chief Component Procurement Officer (OCCPO) related to contractor training documents.  The OCCPO Acquisitions Director reviewed the request and confirmed that OCCPO would not have any responsive records.  The Acquisitions Director further confirmed that if any responsive records did exist those records would be with ORR.  Additionally, on January 28, 2022, FEMA's Disclosure Branch sent a follow up email to ORR inquiring about outstanding IHP records responsive to the request.  A response was provided the same day and the search is described in Paragraph 9, below.

8.      A search for Standard Operating Procedures (SOPs) was conducted by three employees in ORR: a Grade 12 – Program Analyst, a Grade 13 – Program Analyst, and a Grade 14 – Supervisory Emergency Management Specialist.  These employees provided a link to the Processing Procedures Manual (PPM) library to the Disclosure Branch with instructions as to

how to pull the responsive SOPs because SOPs are organized and stored in the secured electronic library referred to as the PPM.  The PPM serves as an internal-facing, electronic compendium of the FEMA Individuals and Households Program (IHP) processing procedures for processing assistance for disaster survivor applicants. The PPM library originated as a page within the collection of pages known as the "National Processing Services Centers (NPSC) Programs Portal" and has retained the branding.  This is the resource referenced in the sections discussing searches for SOPs, Response and Recovery Directorate Guidance, Policy and Guidance Quick Reference Guide, and the Helpline Reference Guide.  Search terms were not necessary for this portion of the search because Disclosure Branch staff navigated to the correct landing page containing SOPs and pulled all the current (as of the time of the search) copies of each SOP record within the PPM library.

9. A search for <u>IHP Inspection Guidelines</u> was conducted by an employee in ORR: a Grade 12 – Program Analyst and a Grade 13 – Supervisory Program Analyst.  The employees searched several network drives and SharePoint sites using search terms "IS," "inspection," and "guidelines" because any responsive IHP Inspection Guideline would be located using these search terms.  The term "IS" stands for "Inspection Services".  Inspection guidelines are stored within FEMA's network data system and designated disaster folders. Each disaster folder has a subfolder of "Guidelines and Addenda".  This drive location is the centralized storage system for all designated event folders and would be considered the folder of document for the listed disaster.  No other file location would yield as much centralized data, and if so, would be duplicative in nature and copied from this file location. This information is stored for a statutory timeframe not to exceed 7 years.

10.     A search for <u>IHP Line Items</u> was conducted by two employees in ORR: a Grade 12 – Program Analyst, and a Grade 13 – Supervisory Program Analyst. These employees searched the r-drive and internal SharePoint sites. The r-drive and internal SharePoint sites act as the centralized storage systems for IHP Line Items. The employees used the following search terms to locate responsive records: (1) *line items*; (2) *damage levels*; and (3) *line item descriptions*. No other file location would yield as much centralized data, and if so, would be duplicative in nature and copied from these file locations. This information is stored for a statutory timeframe not to exceed 5 years.  FEMA intends to redo this portion of the search, as outlined in Paragraph 23 below, to address the Court's concern of documents not contained in the initial search and production.

11.     A search for <u>Response and Recovery Directorate Guidance</u> was conducted by three employees in ORR: a Grade 12 – Program Analyst, a Grade 13 – Program Analyst, and a Grade 14 – Supervisory Emergency Management Specialist. According to the employees, SOPs are also responsive to this item of the request. As discussed in Paragraph 8, above, these employees searched the PPM library because Directorate Guidance documents are organized and stored in the secured electronic library referred to as the PPM.  The PPM serves as an internal-facing, electronic compendium of the IHP processing procedures for processing assistance for disaster survivor applicants.  Search terms were not necessary for this portion of the search because IHP staff navigated to the correct landing page containing Directorate Guidance documents and pulled all the current (as of the time of the search) copies of each Directorate Guidance documents within the PPM library.

12.     A search for <u>FEMA Policy Memoranda</u> was conducted by three employees in ORR: a Grade 12 – Program Analyst, a Grade 13 – Program Analyst, and a Grade 14 –

Supervisory Emergency Management Specialist. These employees searched electronic files for disaster specific memoranda, archived for reference within an internal SharePoint drive. Search terms were not necessary for this portion of the search because the site within the SharePoint drive that houses the disaster specific memoranda is organized by disaster declarations. Staff provided each disaster specific memorandum contained within all disasters declared between January 1, 2019 and January 5, 2022. As for the Individual Assistance Program and Policy Guide (IAPPG), this document is public facing and can be accessed on FEMA.gov or through the following link: https://www.fema.gov/sites/default/files/documents/fema_iappg-1.1.pdf. The IAPPG consolidates information on Individual Assistance (IA) programs offered by FEMA to a state, local, territorial, or tribal government jurisdiction affected by a disaster and types of assistance provided directly to eligible disaster survivors.

13.     A search for <u>Policy and Guidance Quick Reference Guide</u> was conducted by three employees in ORR: a Grade 12 – Program Analyst, a Grade 13 – Program Analyst, and a Grade 14 – Supervisory Emergency Management Specialist. According to the employees, SOPs are also responsive to this item of the request. As discussed in Paragraph 8, above, these employees searched the PPM library because Policy and Guidance Quick Reference Guides are organized and stored in the secured electronic library referred to as the PPM. The PPM serves as an internal-facing, electronic compendium of the IHP processing procedures for processing assistance for disaster survivor applicants. Search terms were not necessary for this portion of the search because IHP staff navigated to the correct landing page containing reference guide documents and pulled all the current (as of the time of the search) copies of each reference guide document within the PPM library, and are generally referred to as SOPs.

14. A search for <u>FEMA Helpline Guidance Manuals</u> was conducted by three employees in ORR: a Grade 12 – Program Analyst, a Grade 13 – Program Analyst, and a Grade 14 – Supervisory Emergency Management Specialist. According to the employees, SOPs are also responsive to this item of the request. These employees searched the PPM library because helpline guidance manuals are organized and stored in the secured electronic library referred to as the PPM. The PPM serves as an internal-facing, electronic compendium of the IHP processing procedures for processing assistance for disaster survivor applicants. Search terms were not necessary for this portion of the search because IHP staff navigated to the correct landing page containing helpline guidance manuals and pulled all the current (as of the time of the search) copies of each helpline guidance manual within the PPM library.

15. FEMA does not have a document that is referred to as an <u>IHP Toolbox</u>. FEMA does have an IA Toolbox internal SharePoint site. The purpose of this SharePoint site was to serve as a hub of links for IA staff. The IA Toolbox internal SharePoint site does not host any documents labeled as the IHP Toolbox. Although FEMA does not have an "IHP Toolbox" document, FEMA interpreted SOPs, manuals, and the Individual Assistance Program and Policy Guide (IAPPG) to be responsive to this item of the request. These records were located during the search of various locations as indicated throughout this declaration. The PPM library, discussed in more detail above, is a link contained within the IA Toolbox SharePoint site.

16. A search for <u>Habitability Document</u> was conducted by two employees in ORR: a Grade 12 – Program Analyst and a Grade 13 – Supervisory Emergency Program Analyst. The habitability document was archived in 2013 and is no longer stored in a centralized location. However, the employees searched local document files on their government issued computers

using the search terms "habitability" and "document" and located responsive records. These search terms were used because the responsive record was titled "IHP Habitability Document".

17. A search for <u>Field Inspector Manuals</u> was conducted by two employees in ORR: a Grade 12 – Program Analyst and a Grade 13 – Supervisory Program Analyst. These employees searched the r-drive and internal SharePoint sites. The r-drive and internal SharePoint sites act as the centralized storage systems for the Field Inspector Manuals. However, no other file location would yield as much centralized data, and if so, would be duplicative in nature and copied from this file location. The following search term was used: "ACE" because the ACE user guide could be considered a field manual. ACE is an acronym for Automated Construction Estimator, which is the proprietary software used by FEMA and FEMA contractors to perform an inspection. Although FEMA located responsive records to this portion of the request, FEMA intends to redo this portion of the search, as outlined in Paragraph 23 below, to address the Court's concern of inadequate search terms provided.

18. A search for <u>Pre-Shift Instructions</u> was conducted by three employees in ORR: a Grade 12 – Program Analyst, a Grade 13 – Program Analyst, and a Grade 13 – Supervisory Emergency Management Specialist. These employees searched the Individual Assistance Pre-Shift Notes (IAPN)Virginia Systems Repository (VSR) within the IAPN/VSR platform. All Pre-Shifts, whether current or obsolete, are stored in this database. There are no other databases or locations that stores Pre-Shift Instructions. Search terms were not used for this portion of the request. Rather, RAD performed a search by means of a report from the IAPN/VSR to pull the contents of every pre-shift posted between January 1, 2019 and May 14, 2021. May 14, 2021, was the date the Individual Assistance Front Office first received the FOIA request.

19. <u>Contractor Training Documents</u> are not under the control of FEMA. Each contractor has developed and maintains a proprietary web-based Learning Management System (LMS), utilizing various modalities, including self-guided e-learning, webinars/virtual/classroom training, etc. The content of contractor training is fluid but is ultimately informed by FEMA Policy and Program guidance that is in effect at a given point in time and is officially conveyed to the contractors within ACE User Guide and Inspection Guidelines. FEMA does not dictate the methods a contractor must use to create their internal, proprietary training documents. The ACE User Guide and Inspection Guidelines is meant to guide the inspection process while abiding by program policy and regulation. These aforementioned documents were provided during FEMA's initial production.  Vendor training documents are maintained by the contractor in their respective systems.  Contractor training documents are not maintained within FEMA systems and FEMA does not use or dispose of the contractor training documents. As such, no search for contractor training documents was conducted beyond the search outlined is Paragraphs 9 and 17, above.

20. <u>Periodic Text or Email Updates Sent to Inspection Contractors</u>: Task Monitors are designated as program analysts within FEMA. The Task Monitor team evaluates and measures the contractors' performance for the housing inspections contract. Due to their assigned job duties and working relationship with the contractor, they are well positioned to frequently interact with contractors via meetings. Task Monitors conduct periodic meetings with contractors discussing current disaster activity and any projected changes to the inspection process. Typically, these meetings are via phone call or video meetings to which no records are kept.Meeting agendas are not reconciled in any fashion other than shared prior to the meeting. Contractors have the capability to communicate with their inspectors using tele-communications,

text, and e-mail communications. Frequency is based on necessity such as broadcasts about the addition of new counties or a mid-disaster processing change, or software updates. FEMA does not track such broadcasts and does not have access to those communications. Although FEMA does not maintain communications between contractors and their inspectors, FEMA intends to redo this portion of the search, as outlined in Paragraph 23 below, to ensure all responsive records are located.

21. Regarding **Part B** of Plaintiff's request, FEMA does not keep a record of documentation stating what *future* changes for procedural standards that is or will be used by FEMA, FEMA employees, FEMA contractors, or FEMA subcontractors to help decide any application for assistance under the IHP established in 42 U.S.C. § 5174 following a disaster declared after January 1, 2019. Because FEMA does not maintain these records, a search was not conducted. FEMA informed Plaintiff by letter dated August 11, 2021 that the agency does not maintain these records.

22. Regarding the "missing documents" noted in the Court's Order Adopting the Report and Recommendation (Dkt. No. 57-1 at 7), FEMA searched for and located (as indicated in Paragraph 11, above) records responsive to "IHP Line Items". These records were disclosed in full to the Plaintiff in FEMA's first production. The records are Bates stamped, "Civil Action No. 5:21-cv-00071, 1st Interim Response, 000024 – 000070." However, FEMA intends to redo its search for records responsive to "IHP Line Items" as outlined in Paragraph 23 below. In addition, the "2022 IHP Standards" fall outside the scope of this request and is FEMA not aware of any specific document referred to as 2022 IHP Standards. FEMA began its search for records responsive on May 14, 2021, which serves as the cutoff date for this request. Records created after this date are non-responsive. Although some record sets are beyond May 14, 2021 (See:

FEMA Policy Memoranda at Paragraph 12), the agency reasonably interpreted the request cutoff date as May 14, 2021. Any records produced which were created after that date should not invalidate the cutoff date of May 14, 2021 for the remaining records. Finally, the search for records responsive to "inspector training materials" is addressed in Paragraphs 17 and 19 above.

23. FEMA maintains that it searched all locations reasonably likely to contain responsive records and its search was reasonably calculated to uncover all relevant documents. However, to address the Court's concerns FEMA intends to redo portions of its search and expand the location of its search. FEMA will redo and expand portions of its search in the following manner:

a. <u>IHP Line Items</u>: FEMA will search for records that contain line item "amounts" through coordinated search efforts with RAD based upon the following searching criteria: RAD will run a report from the National Emergency Management Information System (NEMIS), for all Individual Assistance Presidentially declared disasters from January 1, 2019 to January 5, 2022, including all counties within said declared disaster, including all Real Property and Personal Property line items, while providing each Line Item description code for cross referencing, to include their respective Units of Measurement and pricing in Excel format. The date range was selected to reflect the same date rage that was used to provide each disaster specific memorandum contained within all disasters declared during that time period, as described in Paragraph 12, above.

b. <u>Field Inspector Manuals</u>: FEMA will search for records responsive to this portion of the request by expanding the search terms used. FEMA will search the r-drive and SharePoint sites using the following search terms: "field manuals", "inspector manuals", field inspector manuals", "Automated Construction Estimator".

  c. <u>Periodic Text or Email Updates Sent to Inspection Contractors</u>: FEMA's Task Monitor team will search its Microsoft Outlook for emails to the Contractors that contain meeting agendas, as referenced in Paragraph 20 above, between FEMA and inspection contractors using the following search terms: "Contractor Call", "Agenda".

  d. The date range for these searches, except for the IHP Line Item "amounts" referenced in Paragraph 23.a., above, will be from January 1, 2019 (as indicated in the Plaintiff's initial request) to May 14, 2021 (the cutoff date of this request).

  e. As FEMA conducts the above-described searches, additional search terms may be utilized depending upon the results received. If FEMA uses additional search terms, those terms will be identified in an updated declaration.

  24. In its advisory to the Court, FEMA has proposed a schedule for search completion, document production (if any), and status reports consistent with Phase II of the Docket Control Order (Dkt No. 58 at 1) and will comply with the scheduling order provided by the Magistrate Judge.

  I declare under penalty of perjury that the foregoing is true and correct. Executed on this 8th day of August 2023.

                _____

                GREGORY BRIDGES