UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | |
|---|---|
| LA UNION DEL PUEBLO ENTERO, § § | |
| Plaintiff, § § | |
| v. § | CIVIL ACTION NO. 5:21-CV-071 |
| § | |
| FEDERAL EMERGENCY § | |
| MANAGEMENT AGENCY, et al. § § | |
| Defendants. § | |

## **NOTICE OF ERRATA**

The Federal Emergency Management Agency files this notice of errata to correct a typographical error in the parties' October 18, 2023 Joint Advisory, ECF 79. In the filing, the parties advised the Court that "the parties will not further dispute the adequacy of FEMA's search for responsive records that FEMA used between January 1, 2019, and January 19, *2023*." ECF 79 at ¶ 1 (emphasis added to error). The advisory should have stated that "the parties will not further dispute the adequacy of FEMA's search for responsive records that FEMA used between January 1, 2019, and January 19, 2022." The corrected date range corresponds with the Court's August 14, 2023 Order. ECF 61 at 2 (holding that "FEMA must search for responsive records generated between January 1, 2019, and January 19, 2022").

DATED: January 16, 2024

                        Respectfully Submitted,

                        ALAMDAR HAMDANI
                        UNITED STATES ATTORNEY

                        *s/Jimmy A. Rodriguez*
                        Jimmy A. Rodriguez
                        Assistant United States Attorney
                        Southern District of Texas
                        Attorney in Charge
                        Texas Bar No. 24037378
                        Federal ID No. 572175
                        1000 Louisiana, Suite 2300
                        Houston, Texas 77002
                        Tel: (713) 567-9532
                        Fax: (713) 718-3303
                        jimmy.rodriguez2@usdoj.gov

## CERTIFICATE OF SERVICE

I certify that on January 16, 2024, a true and correct copy of the foregoing was filed with the United States District Clerk for the Southern District of Texas and electronically served on all counsel of record via the District's ECF system.

                                                *s/Jimmy A. Rodriguez*
                                                Jimmy A. Rodriguez