# Exhibit A

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | | |
|---|---|---|
| LA UNION DEL PUEBLO ENTERO, et al. | ' | |
| | ' | |
| Plaintiff, | ' | |
| | ' | |
| v. | ' | CIVIL ACTION NO. 5:21-CV-071 |
| | ' | |
| FEDERAL EMERGENCY MANAGEMENT AGENCY, et al. | ' | |
| | ' | |
| | ' | |
| Defendants. | ' | |

### DECLARATION OF GREGORY BRIDGES IN SUPPORT OF DEFENDANTS' RESPONSE TO PLAINTIFF'S MOTION FOR SUMMARY JUDGEMENT

I, Gregory Bridges, hereby declare, pursuant to 28 U.S.C. § 1746, the following to be true and correct:

1. I am the Chief of the Disclosure Branch in the Office of the Chief of the Administrative Officer. In this capacity, I am responsible for supervising the handling of Freedom of Information Act (FOIA) requests received by the Federal Emergency Management Agency (FEMA). I have held this position since December 2018.

2. In my official capacity as Chief of the Disclosure Branch, I supervise 10 employees and 7 contractors. The Disclosure Branch staff is divided into teams, include Intake, Processing, Litigation and Appeals. The Litigation Team is limited to one Government Information Specialist, and one recently hired contractor who handles the litigation processing for the Disclosure Branch. The statements contained in this declaration are based upon my personal knowledge, upon information provided to me in my official capacity, and upon conclusions I reached based on that knowledge or information.

3. FEMA currently complies with 5 U.S.C. § 552(a)(2) by proactively making

available, in an electronic format, records that fall within one or more of the four categories of records found at 5 U.S.C. § 552(a)(2)(A)-(D).

4. Agency policy, such as the Individual Assistance Program and Policy Guide (https://www.fema.gov/sites/default/files/documents/fema_iappg-1.1.pdf) and the Public Assistance Program and Policy Guide (https://www.fema.gov/sites/default/files/documents/fema_pappg-v4-updated-links_policy_6-1-2020.pdf) are proactively posted to FEMA's publicly facing website.  Similarly, agency manuals, such as the National Flood Insurance Program Flood Insurance Manual (https://www.fema.gov/sites/default/files/documents/fema_nfip-flood-insurance-manual-sections-1-6_102022.pdf) and the FEMA Preparedness Grants Manual (https://www.fema.gov/sites/default/files/documents/fema_gpd-fy-23-preparedness-grants-manual.pdf) are proactively posted to FEMA's publicly facing website as well.

5. Records that fall within 5 U.S.C. §552(a)(2)(D) are proactively posted to either FEMA's FOIA Reading Room (https://www.dhs.gov/fema-foia-library) or the FEMA Publications Page (https://www.dhs.gov/publication/fema-records).

6. Not all records that were searched for and located pursuant to this request have been updated after January 19, 2022.  For example, the standard operating procedure titled "Civil Rights Issues" been in place since October 5, 2020 and remains in place today.

7. FEMA will continue to comply with the requirements set forth in 5 U.S.C. § 552(a)(2).  In particular, as new documents are created of the type noted above in paragraphs 4 and 5, and with respect to any other documents that are either "statements of policy and interpretations which have been adopted by the agency and are not published in the Federal

Register" or "administrative staff manuals and instructions to staff that affect a member of the public," FEMA will publish them online in accordance with 5 U.S.C. § 552(a)(2).

I declare under penalty of perjury that the foregoing is true and correct. Executed on this 20th day of February 2024.

_____
GREGORY BRIDGES